

KUNTZ, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

POLLAK, M.J.

Mayer Chaim Brikman (Rabbi)

Rivkah Brikman

Joseph B Wolhendler

  -against-

Twitter, Inc.

Yehoshua S. Hecht

defendants

**Complaint for a Civil Case**

CV19 - 5143

Case No.
*(to be filled in by the Clerk's Office)*

Jury Trial:  X☐ Yes ☐ No
*(check one)*



RECEIVED

SEP 2019

PRO SE OFFICE

2

# I. The Parties to This Complaint

## A. The Plaintiff(s) #1.

Name: Mayer Chaim Brikman, (Rabbi)

Street Address: 3844 Lyme Avenue

City and County: Brooklyn, (KINGS)

State and Zip Code: New York, 11224

Telephone Number: 347 524 3214

E-mail Address: Hun770@Gmail.com

## The Plaintiff(s) #2.

Name: Rivkah Brikman

Street Address: 3844 Lyme Avenue

City and County: Brooklyn, (KINGS)

State and Zip Code: New York, 11224

Telephone Number: 917 975 292

E-mail Address: RivkahBrikman@Gmail.com

**The Plaintiff(s) #3.**

Name: Joseph B Wolhendler

Street Address: 3832 Lyme Avenue

City and County: Brooklyn, (KINGS)

State and Zip Code: New York, 11224

Telephone Number: 347 782 9900

E-mail Address: JBW3832@Gmail.com

**B.     The Defendant(s)**

Defendant No. 1

Name: Twitter, Inc.

Street Address: 1355 Market Street Suite #900

City and County: San Francisco, San Francisco

State and Zip Code: CA 94103

Telephone Number:

E-mail Address: unknown

Defendant No. 2

Name: Yehoshua S. Hecht

Street Address: 40 King Street

City and County: Norwalk, Fairfield

State and Zip Code: Ct. 0815
Telephone Number: 203 247 6289

E-mail Address: unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          X Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

## B. If the Basis for Jurisdiction Is Diversity of Citizenship

### 1. The Plaintiff(s)

**Plaintiff #1**

**The Plaintiff**: Mayer Chaim Brikman, (Rabbi),

is a citizen of the State of New York,

**Plaintiff #2.**

**The Plaintiff**: Rivkah Brikman,

is a citizen of the State of New York,

**Plaintiff #3.**

**The Plaintiff**: Joseph B Wolhendler,

is a citizen of the State of New York,

### 2. The Defendant(s)

Defendant No. 1

The defendant, TWITTER, Inc.,
is incorporated under the laws of the State of California, and
has its principal place of business in the State of California.

Defendant No. 2

The defendant Yehoshua S. Hecht, is a citizen of the State
of Connecticut

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants Knowingly, willingly and maliciously allowed to and used their Twitter accounts to; abuse, harass, intimidate, used and allowed to be used to publish defamatory (libel) false statements knowing it to be false statements to damage and cause harm to plaintiffs, these statements were written with actual malice.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## THE FACTS

1. Plaintiff Rabbi Mayer C Brikman (hereinafter "RCMB") has been the Rabbi of Cong. Kneses Israel of Seagate, for approximately twenty-eight (28) years and together with his wife plaintiff Rivkah Brikman (hereinafter "RB") has offered Rabbinical and numerous other Community services.

2. Plaintiff Joseph B. Wolhendler (hereinafter "JBW") has been a member of the board (on and off) for many years.

3. On or about July of 2018 unidentified disgruntled individual members opened a Twitter account with the handle name "@KnesesG", used the top head of our synagogues letterhead and address.

4. From on or about 4 Oct 2018 till the present (the last tweet dated 29 August 2019) the above Twitter handle @KnesesG, started a harasment campaign against Plaintiff "JBW". (Exhibit "A")

5. From on or about 8 Oct. 2018 till the present (the last tweet dated 2 Sept. 2019) the above Twitter handle @KnesesG, started a harasment campaign against Plaintiffs "RMCB" and his wife plaintiff "RB". (Exhibit "B")

6. On or about 28 July 2019 till the present (the last tweet dated 2 Sept. 2019) the above Twitter handle @KnesesG, posted as follows; "Criminal activity by Scam artists the Brikman's Emptying charity money meant to repair our burnt shul!" attached to that tweet was a copy of two (2) Congregation checks #'s 3552 and 3553 payable to Rabbi Brikman. (Exhibit "C") checks were ordered by the Hon. NYS Supreme Court Justice Kathy King. (order attached as Exhibit "D")

7. From on or about 21 Jan 2019 till the present (lastest message sent on 4 September 2019) defendant Twitter, Inc. was notified (Exhibit "E") that;

a. Twitter handle "@KnesesG" is impersonating our synagogue,

b. that the Tweets by Twitter handle "@KnesesG" are and should be considered under defendants own "Twitter Rules" as "abusive/harassment behavior, hateful conduct, malicious defamatory libelous statements, bully and intimidation" and "Privacy". (Exhibit "F")

8. Even as late as 5 September 2019 the checks (Twitter privacy issue) were still prominently displayed on the @KnesesG Twitter page. (Exhibit "G")

9. On or about 28 July 2018 defendant Yehoshua S. Hecht re-tweeted (or allowed to) from his Twitter handle "@IgudOf" 2 of the malicious tweets from the above Twitter handle"@KnesesG". (Exhibit "H")

# THE CLAIMS

10. As for a First claim by Plaintiff Rabbi Mayer C. Brikman, alleges, that by the actions and/or inactions of defendant Twitter, knowingly and with malice defendant Twitter has allowed and helped non-defendant owners of Twitter handle @KnesesG, to abuse, harras, bully, intimidate, defame and caused plaintiff Rabbi Mayer C. Brikman "Libel Per Se", under the laws of the State of New York".

11. As for a First claim by Plaintiff Rivkah Brikman, alleges, that by the actions and/or inactions of defendant Twitter, knowingly and with malice defendant Twitter has allowed and helped non-defendant owners of Twitter handle @KnesesG, to abuse, harras, bully, intimidate, defame and caused plaintiff Rivkah Brikman "Libel Per Se", under the laws of the State of New York".

12. As for a First claim plaintiff Joseph B. Wolhendler, alleges, that by the actions and/or inactions of defendant Twitter, knowingly and with malice defendant Twitter has allowed and helped non-defendant owners of Twitter handle @KnesesG, to abuse, harras, bully, intimidate, defame and caused plaintiff Joseph B. Wolhendler "Libel Per Se", under the laws of the State of New York".

13. As for a second claim plaintiff Rabbi Mayer C. Brikman, alleges, that by the actions of defendant Yehoshua S. Hecht and with the mere press of a button, defendant Yehoshua S. Hecht, acted with malice and re-tweeted (or caused and/or allowed to re-tweet) the above mentioned libelous tweets (Exhibit "G") to more than six thousand (6,000) of his diverse followers all over the USA and beyond causing plaintiff Rabbi Mayer C. Brikman, "Libel Per Se", under the laws of the State of New York".

14. As for a second claim plaintiff Rivkah Brikman, alleges, that by the actions of defendant Yehoshua S. Hecht and with the mere press of button, defendant Yehoshua S. Hecht, acted with malice and re-tweeted (or caused and/or allowed to re-tweet) the above mentioned libelous tweets (Exhibit "G") to more than six thousand (6,000) of his diverse followers all over the USA and beyond causing plaintiff Rivkah "Libel Per Se", under the laws of the State of New York".

## IV.    Relief against defendant Twitter

WHEREFORE, Plaintiffs Rabbi Mayer C. Brikman, Rivkah Brikman, and Joseph Wolhendler each separately and individually demand judgment against defendant "Twitter, Inc.", awarding each of the plaintiffs;

1. a judgment declaring the defendant's actions as willful, wanton, and malicious causing plaintiffs "Defamation Per Se" damages, under the laws of the State of New York".

2. award each plaintiff separately and individually, for damages of "Defamation Per-Se"  an amount of no less than $250,000.00 for each plaintiff.

3. award each plaintiff separately and individually punitive damages, pursuant to the law, due to Defendant's willful and wanton behavior.

4. enter a temporary and permanent order, enjoining defendant Twitter Inc., its agents, and employees, from publishing any statements constituting defamation/libel as identified herein and its exhibits, or anything similar thereto, in relation to plaintiffs.

5. That the Court order defendants Twitter, Inc. to release all IP addresses used while tweeting or re-tweeting under Twitter handles @KnesesG and @IgudOf, and any other identifying information that defendant Twitter may possess, so that plaintiffs may identify the Tweeters who spread these defamatory messages.

**Relief against defendant Hecht**

WHEREFORE, Plantiffs Rabbi Mayer C. Brikman, and Rivkah Brikman each separately and individually, demand judgment against defendant "Hecht" awarding each of the plaintiffs;

6. a judgment declaring the defendant's actions as willful, wanton, and malicious causing plaintiffs "Defamation Per Se" damages, under the laws of the State of New York".

7. award each plaintiff separately and individually, for damages of "Defamation Per-Se" an amount of no less than $250,000.00 for each plaintiff.

8. award each plaintiff separately and individually punitive damages, pursuant to the law, due to Defendant's willful and wanton behavior.

9. enter a temporary and permanent order, enjoining defendant Hecht, his agents, and employees, from publishing any statements constituting defamation/libel as identified herein and its exhibits, or anything similar thereto, in relation to plaintiffs.

10. That the Court order defendants Hecht to release all individuals who have access via password or otherwise to tweet or re-tweet from defendants handle @IgudOf, and any other identifying information that defendant Hecht may possess, so that plaintiffs may identify the Tweeters who spread these defamatory messages.

11. award each plaintiffs separately and individually his/her costs and disbursements in this civil action; and

12.enter such other and further relief to which plaintiffs may be entitles as a matter of law or equity, or which the court deems to be just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: Brooklyn, NY 9 Sept., 2019.

Signature of Plaintiff:_____,
Printed Name of Plaintiff: Mayer Chaim Brikman (Rabbi)

Dated: Brooklyn, NY 9 Sept., 2019.

Signature of Plaintiff:_____,
Printed Name of Plaintiff: Rivkah Brikman

Dated: Brooklyn, NY 9 Sept., 2019.

Signature of Plaintiff:_____,
Printed Name of Plaintiff: Joseph B. Wolhendler

# EXHIBIT " A "

10:42 ⬚ ✉ ▦ ▦ ▦ ✉ ◎ Q ···        ❋▩ 🔋 📶 54% ▮

✕  🔒 **KneseslsraelofSeaGat...**      🔖  ⤴  ⋮
    mobile.twitter.com

←  **KneseslsraelofSeaGate**         ⬭ Follow
    170 Tweets



🕎  **KneseslsraelofSeaGate** @KnesesG · Aug 29  ⌄
    @JewishSeaGate @SeaGateChaverim @SeaGatePD
    @TheSeaGateShore @KalmanYegerNYC
    @NewYorkStateAG @JCats2013 @FrontusforNY
    @CMMathieuEugene @nypost @NYDailyNews
    @NYJewishWeek @NYTMetro @NYCGreenfield
    @JCCGCI @bpjcc @canarsie_jcc @JCCMarinePark
    @coneyislandblog @coneyislandusa

    ◯        ⇄        ♡              ⤴

Show this thread

🕎  **KneseslsraelofSeaGate** @KnesesG · Aug 29  ⌄
    HELP! Our Shul is in dire need of repairs, after
    several campaigns & fire Insurance money totaling
    over a million dollars the Scammers Meyer & Rivka
    Brickman with the help of ex-convict Joseph
    Wohlhendler are looting our coffers for personal
    use! Read here
    iapps.courts.state.ny.us/fbem/DocumentD...

Jeanine Ramirez and 8 others

    ◯ 1      ⇄        ♡ 1           ⊕✎

│││              ◯              ‹

10:43 �celli ✉ IMDb 🖥 IMDb ✉ ⊙ Q  •••          ❋ 🔇 ⚡ ▐ 📶 54% 🔋

✕  🔒 **KneseslsraelofSeaGat...**          🔖  ⤳  ⋮
    mobile.twitter.com



← **KneseslsraelofSeaGate**          ( Follow )
   170 Tweets

♡                    ↻                    ♡                    ⧉

🕎 **KneseslsraelofSeaGate** @KnesesG · Aug 29          ⌄
   @JewishSeaGate @SeaGateChaverim @SeaGatePD
   @TheSeaGateShore @KalmanYegerNYC
   @NewYorkStateAG @JCats2013 @FrontusforNY
   @CMMathieuEugene @nypost @NYDailyNews
   @NYJewishWeek @NYTMetro @NYCGreenfield
   @JCCGCI @bpjcc @canarsie_jcc @JCCMarinePark
   @coneyislandblog @coneyislandusa

♡                    ↻                    ♡                    ⧉

Show this thread

┌─────────────────────────────────────────────┐
│ You reported this Tweet.              View  │
└─────────────────────────────────────────────┘

┌─────────────────────────────────────────────┐
│ You reported this Tweet.              View  │
└─────────────────────────────────────────────┘

**Who to follow**                              ( ✈＋ )

|||          ◯          ‹

10:43 ⌇ ✉ 🎬 🖥 🎬 ✉ 📷 Q ···          ❋ 🔇 📶 ⏾ 📶 54% ▮

← **KneseslsraelofSeaGate**                    ( Follow )
   170 Tweets

 

Jeanine Ramirez and 8 others

💬 1          ⟲          ♡ 1                    ⌁

 **KneseslsraelofSeaGate** @KnesesG · Aug 20     ⌄
Read here the latest filings in Kings County
Supreme Court Index # 516508/2018 outlining how
scam artists Meyer and Rivka Brickman set up an
amazing complex scheme to defraud Cong. Kneses
Israel of Seagate Synagogue's assets for their own
personal use
iapps.courts.state.ny.us/fbem/DocumentD...



Mark Treyger and 9 others

💬          ⟲          ♡ 1          

**Who to follow**

||| ⬛ ◯ ⟨ 

11:44    ⋯    ⚹ ⚟ 📶 75% ▮

← **KnesesIsraelofSeaGate**
171 Tweets                     

 **KnesesIsraelofSeaGate** @KnesesG · May 3        ⌄
28 YEAR DIFFERENCE! Rabbi Yisroel Goldstein of
@Chabad of #Poway In 28 years of service built a
beautiful Shul and Community! Chaim Meir @
Interloper Rivkah Brikman of Seagate In 28 years of
service brought destruction & devastation to
#Seagate #brooklyn WHAT A WASTE OF 28 YEARS!



2:08  215 views

  ♡           ↻ 1              ♡ 1                 ⤳

↻ KnesesIsraelofSeaGate Retweeted

 **Donald J. Trump** ✔ @realDonaldTru... · Apr 29   ⌄
I spoke at length yesterday to Rabbi Yisroel
Goldstein, Chabad of Poway, where I extended my
warmest condolences to him and all affected by
the shooting in California. What a great guy. He had
a least one finger blown off, and all he wanted to do
is help others. Very special!

  ♡ 10.3K       ↻ 19K          ♡ 104.7K            ⤳

 **KnesesIsraelofSeaGate** @KnesesG · Apr 28   ⌄
1. Anti-semites are terrorizing Jewish people in
their Synogoue's 2. The @nytimes is running Der
Sturmer style cartoons 3. Elected officials like
@IlhanMN & @RashidaTlaib are inciting
#Hate against Jewish people. Is the left he 
with main stream media leading the charge?

|||          ◯          ‹



11:43                       75%

← **KnesesIsraelofSeaGate**          **Following**
   171 Tweets

 **KnesesIsraelofSeaGate** @KnesesG · Apr 24          ⌄
The so called "Rabbi" Chaim Brickman (never
ordained) and his wife the violent interloper Rivkah
Brickman ran to #FakeNews @NY1 reporter
@RamirezJeanine to sell LIES after they were
caught attempting to STEAL our assets READ THE
CASE: iapps.courts.state.ny.us/fbem/DocumentD...



Dov Hikind and 9 others

♡ 1          ⇄          ♡ 2          ⤳

 **KnesesIsraelofSeaGate** @KnesesG · Apr 24          ⌄
So the fired Rabbi Brickman with his wife Interloper
Rivkah Brickman who tried to steal all of our
Congregation's assets ran to #FakeNews reporter
@RamirezJeanine from @NY1 with LIES to spread
#FakeNews on the matter that's before Supreme
Court after Brickman was caught STEALING!



11:43 

 75%

← **KnesesIsraelofSeaGate**
171 Tweets    **Following**

 **KnesesIsraelofSeaGate** @KnesesG · Apr 24 ⌄
So the fired Rabbi Brickman with his wife Interloper Rivkah Brickman who tried to steal all of our Congregation's assets ran to #FakeNews reporter @RamirezJeanine from @NY1 with LIES to spread #FakeNews on the matter that's before Supreme Court after Brickman was caught STEALING!



New York State Unified Court System

**COURTS**

WebCivil Supreme - Case Detail

| | |
|---|---|
| Court: | **Kings Supreme Court** |
| Index Number: | **0516508/2018** |
| Case Name: | **KNESES ISRAEL OF SEA-GATE vs. FETTMAN, MOSHE** |
| Case Type: | **E-FILED SPECIAL PROCEEDINGS** |
| Track: | **Standard** |
| RJI Filed: | **08/14/2018** |

Mark Treyger and 9 others

💬 1     ⟲ 1     ♡ 3     ⭘⚬

 **KnesesIsraelofSeaGate** @KnesesG · Apr 19 ⌄
Our Congregation President Mr. Wayne Butler is wishing all our members and everyone in Seagate, Brooklyn Happy and Healthy #Passover As you celebrate the incredible journey from slavery to freedom, accept the warmest wishes for you and your beloved ones! CHAG PESACH SUMEACH!



PASSOVER

|||     ⭘     ‹

11:42   ⋯   ✻ 🔇 📶 76% 🔋



← **KnesesIsraelofSeaGate**
171 Tweets

 **KnesesIsraelofSeaGate** @KnesesG · Apr 12          ⌄
Meir chaim Brikman's hired goon, Shia and his girlfriend were intimidating and cursing with epithets our Congregation members with his Rottweiler Dog this night, Shia is getting paid by Thief Brikman to do this intimidation tactics night after night. This is what Brikman is doing



2:09    231 views

♡           ⟲ 1           ♡ 1           ⌁

 **KnesesIsraelofSeaGate** @KnesesG · Apr 11          ⌄
If you know this perpetrator who is wanted for Burglary, he drives a Black Honda CRV with the attached plate # please notify immediately @NYPD60Pct @NYPDBklynSouth or DM us in private.

 

|||          ◯          ‹ 

11:41  ⊙ ▣ ▣ ⊙ ▢ ▢ Q ◉  ⋯    ❋ ⊠ ⌇ ⌇ ⋰⋰ 76% ▮



← **KnesesIsraelofSeaGate**          ( **Following** )
   171 Tweets

♡              ⇄              ♡                    ⌁

 **KnesesIsraelofSeaGate** @KnesesG · Apr 5    ⌄
Sounds familiar? Hired Rabbi tries to steal building!
Here in Seagate this is exactly what's happening,
read about Interloper Rabbi Brikman's attempt to
steal not 1 but 3 buildings!
iapps.courts.state.ny.us/fbem/DocumentD...

## Rabbi hit with new lawsuit

The rabbi of a historic Chelsea
synagogue is being sued again for
allegedly rigging a December
election in an attempt to take over
the historic sanctuary.
Former Congregation Emunath Is-

Mark Treyger and 8 others

♡              ⇄ 1              ♡ 1                    ⌁

 **KnesesIsraelofSeaGate** @KnesesG · Apr 5    ⌄
Sounds familiar? Board hired Rabbi, and Rabbi tries
to Steal Buildings....well unfortunately same story is
here in Seagate

## Rabbi hit with new lawsuit

The rabbi of a historic Chelsea
synagogue is being sued again for
allegedly rigging a December
election in an attempt to take over
the historic sanctuary.
Former Congregation Emunath Is-



Mark Treyger and 7 others

|||              ◯              ⟨



11:41  ··· ❋ 🔇 📶 76% ▮

 **KnesesIsraelofSeaGate**
171 Tweets

**Following**

 **KnesesIsraelofSeaGate** @KnesesG · Apr 4 ⌄
READ: how interloper Rivkah Brikman together
w/Convicted criminal Yosh Wolhendler wanted to
steal all 3 Cong. buildings worth $20mm by filing a
false purported "Merger" between her "Chabad of
Seagate" entity and our Cong. "for no
consideration" at all
iapps.courts.state.ny.us/fbem/DocumentD...

◯　　　⇄　　　♡　　　⤳

 **KnesesIsraelofSeaGate** @KnesesG · Apr 3 ⌄
Convicted criminal (see attached NYT article)
Joseph (Yossi/Yosh) Wolhendler the known
Seagate troublemaker made a video to extort
money about Our Seagate Cong. full of lies and
distortions, He sold his house and is moving away
but leaves destruction,Don't fall for his trap again

**The New York Times** https:

ARCHIVES | 1976

**Metropolitan Briefs**

SEPT. 17, 1976

About the Archive
This is a digitized version of an artic
publication in 1996. To preserve the
edit or update them.

Occasionally the digitization proces
reports of such problems to archive

2 Admit Faking Acc

Two men pleaded g
automobile accidents to
of 84 Ross Street, and N
the Williamsburg section
damaged cars and then t
A third man involved in
Borough Park, Brooklyn

Retail Sales Increas

Ari Kagan and 9 others

◯ 1　　　⇄ 1　　　♡ 1　　　⤳

 **KnesesIsraelofSeaGate** @KnesesG · Apr 2 ⌄
SHOCKING! Interloper Rivkah Brikman together with
convicted criminal Yosh Wohlendler hired a
bouncers last Shabbos to prevent congreg
from praying at Congregation Kneses Israel
Seagate! It's a shame that countless congregants

||| 　　　 ◯ 　　　 ‹

11:39  ··· 77%



← **KneseslsraelofSeaGate**
171 Tweets      Following

 **KneseslsraelofSeaGate** @KnesesG · Mar 5 ⌄
Replying to @KnesesG
Can you help us stop the harassment by interloper
Rivkah Brikman? @AriBrighton @askbooboo
@JewishSeaGate @SGBC_BROOKLYN
@SeaGateChaverim @SeagateNeias
@ChurbenSeagate @MarkTreyger718
@Margaritakagan @SeagateNews
@FettmanJoseph @NYPD60Pct
@NYPDBklynSouth @AbeRosenberg1
@YossiGreen

💬 3      ⟲ 1      ♡ 1      

 **KneseslsraelofSeaGate** @KnesesG · Mar 5 ⌄
Watch how the SeaGate Police finally arrives and
sends away Interloper Rivkah Brikman and her hired
goons who came to intimidate and harass our
tenants, watch how Rivkah encourages the goons
with cameras not to leave! RIVKAH STOP CRIMINAL
HARRASMENT & INTIMIDATION! STOP THE HATE!


0:08   207 views

💬 2      ⟲ 1      ♡ 1      

 **KneseslsraelofSeaGate** @KnesesG · Mar 5 ⌄
Interloper Rivkah Brikman hired goons to intimidate
and harass our tenants, watch how the goo
cameras are running in front of the doors a
videotaping students! It is a crime to record
under 18! RIVKAH STOP THE CRIMINAL

|||     ◯     ‹

11:39 

 **KnesesIsraelofSeaGate**  Following

171 Tweets

---

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5 ⌄

Watch how the SeaGate Police finally arrives and sends away Interloper Rivkah Brikman and her hired goons who came to intimidate and harass our tenants, watch how Rivkah encourages the goons with cameras not to leave! RIVKAH STOP CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



💬 2      ⟲ 1      ♡ 1      ⤳

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5 ⌄

Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how the goons with cameras are running in front of the doors and videotaping students! It is a crime to record minors under 18! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



💬 2      ⟲ 1      ♡ 1      ⤳

|||      ◯      ‹

11:38    78% ▪

 **KneseslsraelofSeaGate** 
171 Tweets

💬 2      ↻ 1      ♡ 1      ⊰

 **KneseslsraelofSeaGate** @KnesesG · Mar 5   ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how the goons with cameras are running in front of the doors and videotaping students! It is a crime to record minors under 18! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



1:02    109 views

💬 2      ↻ 1      ♡ 1      ⊰

 **KneseslsraelofSeaGate** @KnesesG · Mar 5   ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how Rivkah encourages the goons with cameras to stand in front of the doors and videotape students! It is a crime to record minors! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



0:50    99 views

|||      ◯      ‹



11:38  ⚙ 🖥 🖥 ⚙ ✉ ✉ Q ◉ ··· ❋ ◔ ⚡ .ₘₗ 78% ▮



 **KnesesIsraelofSeaGate** @KnesesG · Mar 5     ⌄
Interloper Rivkah Brikman hired goons to intimidate
and harass our tenants, watch how Rivkah
encourages the goons with cameras to stand in
front of the doors and videotape students! It is a
crime to record minors! RIVKAH STOP THE
CRIMINAL HARRASMENT & INTIMIDATION! STOP
THE HATE!



1:04   99 views

💬 2          ⇄ 1          ♡ 1          ⤴

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5     ⌄
Interloper Rivkah Brikman hired goons to intimidate
and harass innocent people who come to pray at
our tenants building, watch how Rivkah encourages
those goons with cameras to run after people!
RIVKAH STOP THE CRIMINAL HARRASMENT AND
INTIMIDATION! STOP THE HATE!



0:32   182 views

💬 2          ⇄ 1          ♡ 1          ⤴

│││          ◯          ‹

11:37 



← **KnesesIsraelofSeaGate**
171 Tweets

 **KnesesIsraelofSeaGate** @KnesesG · Feb 27 ⌄
Convicted criminal (see attached NYT article)
Joseph (Yoshka) Wolhendler the known Seagate
troublemaker is running around in Seagate asking
people to sign that he is a "Nice" person, don't fall
in his trap!



    ♡ 1       ⟲ 1       ♡ 1       ⤴

 **KnesesIsraelofSeaGate** @KnesesG · Feb 24 ⌄
The people of Seagate are speaking up! After
months of Harrasment by "MatchBox" arsonist Joe
Wohlhandler and Interloper Brikman against
Seagate Residents the pushback in the form of
public notice to the community is in all public
places in Seagate.



    ♡       ⟲ 1       ♡ 1       ⤴

|||       ◯       ‹



1:13 ⭐ 🔄 📧 📷 ◀ ✉ Q 🔄 ⋯ ✳ ❌ 📶 56%

# KnesesIsraelofSeaGate

38 Tweets



**Kneses Israel of Sea Gate**

## 3801 NAUTILUS AVENUE
## BROOKLYN, NY 11224

⚙ ( Follow )

# KnesesIsraelofSeaGate
@KnesesG

official news outlet of Congregation Kneses Israel of Sea Gate, Brooklyn under the leadership of President Wayne Butler and Gabai Fishel Markowitz

📍 SeaGate, Brooklyn 📅 Joined July 2018

**423** Following **75** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |

**KnesesIsraelofSeaGate** @KnesesG · 1h  ⌄
Replying to @JBN
Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

💬   🔁   ♡   ☌

**KnesesIsraelofSeaGate** @KnesesG · 1h  ⌄
Replying to @Yiddish_Niyes
Known Seagate, Brooklyn troublemaker Josh Wolhen⬚ 🔲 Move to Archive ✕ is allegedly Arson case.

💬   🔁   ♡ 1

⊞

||| ◯ ‹



   🔊 💬 📧 📷 🔒 ⋯ ❄ 🔇 📶 66% 🔋 7:21 PM

← **KnesesIsraelofSeaGate**
    38 Tweets



 **3801 NAUTILUS AVENUE
BROOKLYN, NY 11224**

⚙    ( Follow )

## KnesesIsraelofSeaGate
@KnesesG

official news outlet of Congregation Kneses Israel of Sea Gate,
Brooklyn under the leadership of President Wayne Butler and
Gabai Fishel Markowitz

📍 SeaGate, Brooklyn    📅 Joined July 2018

**423** Following    **75** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

**KnesesIsraelofSeaGate** @KnesesG · 1h   ⌄
Replying to @JBN
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

💬      ⟲      ♡      ⤳

**KnesesIsraelofSeaGate** @KnesesG · 1h   ⌄
Replying to @Yiddish_Niyes
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

💬      ⟲      ♡ 1      

⚬⚬ ▦ ⚬ ⚬ ⚬ ⚙ ⚬ ⚬ ··· ✳ ◣ ▦ ▦ 66% ▮ 7:21 PM

✕    🔒   **(1) Tweets with replies by Kn…**    🔖   ⋮
https://mobile.twitter.com

←    **KnesesIsraelofSeaGate**
     38 Tweets

**Tweets**      **Tweets & replies**      **Media**      **Likes**

---

**KnesesIsraelofSeaGate** @KnesesG · 1h    ⌄
Replying to @JBN
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

🗨       ⟲       ♡       ⤙

---

**KnesesIsraelofSeaGate** @KnesesG · 1h    ⌄
Replying to @Yiddish_Niyes
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

🗨       ⟲       ♡ 1       ⤙

---

**KnesesIsraelofSeaGate** @KnesesG · 1h    ⌄
Replying to @MikeNytvnews
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

🗨       ⟲       ♡       ⤙

---

**KnesesIsraelofSeaGate** @KnesesG · 1h    ⌄
Replying to @Groisetotty
Known Seagate, Brooklyn troublemaker Josh
Wolhendler is being investigated in this allegedly
Arson case.

🗨       ⟲       ♡       ⤙



←   **Tweet**

 **Jewish Breaking News**     ⌄
@JBN

BREAKING: Rabbi Lankry's yeshivah in the town of Liberty, NY (upstate) was set on fire and a Swastika was scrawled on the walls. Police are investigating.
instagram.com/p/BtgZLCunrfh/...

11:04 AM · Feb 5, 2019 · Instagram

**1** Retweet

               ⤳

 **KnesesIsraelofSeaGate** @KnesesG · 1h   ⌄
Replying to @JBN
Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

               





# KnesesIsraelofSeaGate

39 Tweets



**KnesesIsraelofSeaGate** @KnesesG · 1h    ∨

CAUGHT: Joseph (Yoshka) Wolhendler the known Seagate troublemaker and prime arson suspect of the fire at Rabbi Lankry's Yeshiva in Upstate Liberty, NY that was set on fire, was caught red handed on CCTV vandalizing and destroying property at our building occupied by UTA Yeshiva.



Seagate Yeshiva-Camera 01

Mark Treyger and 9 others

      ⇄ 1      ♡ 2      

 

← **Tweet**



KnesesIsraelofSeaGate
@KnesesG

CAUGHT: Joseph (Yoshka) Wolhendler
the known Seagate troublemaker and
prime arson suspect of the fire at Rabbi
Lankry's Yeshiva in Upstate Liberty, NY
that was set on fire, was caught red
handed on CCTV vandalizing and
destroying property at our building
occupied by UTA Yeshiva.



02-08-2019 Fri 15:34:03

Seagate Yeshiva-Camera 01

Mark Treyger and 9 others

7:35 PM · Feb 9, 2019 · Twitter for iPhone

  

 30% 11:19 PM

← **Tweet**

 **Jewish Breaking News**
@JBN

# BREAKING: Rabbi Lankry's yeshivah in the town of Liberty, NY (upstate) was set on fire and a Swastika was scrawled on the walls. Police are investigating. instagram.com/p/BtgZLCunrfh/...

11:04 AM · 05 Feb 19 · Instagram

**1** Retweet

      ⟲      ♡      

 **KnesesIsraelofSeaGate** @Knese... · 4d
Replying to @JBN
Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

      ⟲      ♡      

Tweet your reply



🚇 📱 Ⓜ️ Q 🚊 📷 🈂️ 🈂️ 🈂️ 🈳    ⋯   ✳️ 📶 📶 .ᵢₗ 45% 🔋 3:14 AM

✕   🔒   **(18) KnesesIsraelofSeaGate …**   🔖   ⋮
      https://mobile.twitter.com

←   **Tweet**

that was set on fire, was caught red handed on CCTV vandalizing and destroying property at our building occupied by UTA Yeshiva.



Mark Treyger and 9 others

7:35 PM · Feb 9, 2019 · Twitter for iPhone

**1** Retweet    **2** Likes





Log in            **Sign up**



**KnesesIsraelofSeaGate** ⓒ · Feb 9    ⌄

CAUGHT: Joseph (Yoshka) Wolhendler the known Seagate troublemaker and prime arson suspect of the fire at Rabbi Lankry's Yeshiva in Upstate Liberty, NY that was set on fire, was caught red handed on CCTV vandalizing and destroying property at our building occupied by UTA Yeshiva.



Seagate Yeshiva-Camera 01

Mark Treyger and 9 others

◯ 1        ⟲ 1        ♡ 2        ⬆



📱 💬💬 🔲 Ⓜ 🔘 ⊙ ❄ ⚙ 🔲 🔲 ··· ✳ 🔇 🛜 ▁▂ 83% 🔋 6:29 PM

✕   🔒 **(1) KnesesIsraelofSeaGate o...**
https://mobile.twitter.com    🔖   ⋮

←   **Tweet**

**Jewish Breaking News** @JBN · Feb 5    ⌄
BREAKING: Rabbi Lankry's yeshivah in the town of
Liberty, NY (upstate) was set on fire and a Swastika
was scrawled on the walls. Police are investigating.
instagram.com/p/BtgZLCunrfh/...

💬 1      ⟲ 1        ♡        ⤳

**KnesesIsraelofSeaGate**    ⌄
@KnesesG

Replying to @JBN

Known Seagate, Brooklyn troublemaker
Josh Wolhendler is being investigated in
this allegedly Arson case.

5:53 PM · Feb 5, 2019 · Twitter for iPhone

💬       ⟲       ♡       ⤳







← **Tweet**



**MIDWOOD FLATBUSH NEWS - BROOKL...** · Feb 5 ⌄
February 5, 2019
This Just In: Rabbi Lankry's Yeshivah in Liberty, NY
was set on fire and a Swastika and SS letters were
scrawled on the walls.

💬 1        ⟲        ♡        ⌁



**KnesesIsraelofSeaGate**       ⌄
@KnesesG

Replying to @MikeNytvnews

## Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

5:52 PM · Feb 5, 2019 · Twitter for iPhone

💬        ⟲        ♡        ⌁





# Tweet



**Abe** @Groisetotty · Feb 5

#Hatecrime yeshiva house burnt and painted with swastikas in #Liberty



0:22    107 views

💬 1        ♺        ♡        ⤴



**KnesesIsraelofSeaGate**
@KnesesG

Replying to @Groisetotty

## Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

5:51 PM · Feb 5, 2019 · Twitter for iPhone

💬        ♺        ♡





⌨ ⌨ 🔋 ✉ ✉ 📷 ❄ 📶 ⌕ ⌕ ···   ❋ 🔇 📶 .⊪ 82% 🔋 6:31 PM

✕  🔒 **(1) KnesesIsraelofSeaGate o...**    🔖   ⋮
      https://mobile.twitter.com

←   **Tweet**

 **The Reagan Battalion** ✅ @ReaganBatt... · Feb 5   ⌄
BREAKING: Jewish Yeshiva (high school) in Liberty
New York graffitied with Swastikas and burned to the
ground.



💬 4      ⟲ 25      ♡ 7      ⌁

 **KnesesIsraelofSeaGate**      ⌄
       @KnesesG

Replying to @ReaganBattalion

## Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

5:46 PM · Feb 5, 2019 · Twitter for iPhone

💬        ⟲        ♡        ⌁



      ⌐      ☐      



🅦 🅦 🔢 Ⓜ Ⓞ ❄ 🔳 🔳 🔳 ⋯ 📶 🔕 📶 📶 81% 🔋 6:33 PM

🏠    🔒 https://mobile.twitter.com/K    [80]    ⋮

←   **Tweet**



**KnesesIsraelofSeaGate**        ⌄
@KnesesG

CAUGHT: Joseph (Yoshka) Wolhendler
the known Seagate troublemaker and
prime arson suspect of the fire at Rabbi
Lankry's Yeshiva in Upstate Liberty, NY
that was set on fire, was caught red
handed on CCTV vandalizing and
destroying property at our building
occupied by UTA Yeshiva.



11:36      ⋯    ❋ ❌ 🛜 ▓▓ .ıll 79% ▪

 **KnesesIsraelofSeaGate**
171 Tweets       

⇄ KnesesIsraelofSeaGate Retweeted

 **Max Rose** ✔ @MaxRose4NY · Feb 10    ⌄
Congresswoman Omar's statements are deeply
hurtful to Jews, including myself.

retweet someone declaring their pain at her
sentiment is simply unacceptable.

At a time when anti-Semitic attacks are on the
rise, our leaders should not be invoking hurtful
stereotypes and caricatures of Jewish people
to dismiss those who support Israel. In the
Democratic Party - and in the United States of
America - we celebrate the diversity of our
people, and the Gods we pray to, as a

🗨 1.7K     ⇄ 2.7K     ♡ 7.8K     ⤳

 **KnesesIsraelofSeaGate** @KnesesG · Feb 9    ⌄
CAUGHT: Joseph (Yoshka) Wolhendler the known
Seagate troublemaker and prime arson suspect of
the fire at Rabbi Lankry's Yeshiva in Upstate Liberty,
NY that was set on fire, was caught red handed on
CCTV vandalizing and destroying property at our
building occupied by UTA Yeshiva.


Seagate Yeshiva-Camera 01

Mark Treyger and 9 others      

🗨 1     ⇄ 1     ♡ 3     ⤳

|||      ◯      ‹



←    rabbi lankry

**Top**    **Latest**    **People**    **Photos**    **Vid**



**KnesesIsraelofSeaGate** ... · 4d

CAUGHT: Joseph (Yoshka) Wolhendler the known Seagate troublemaker and prime arson suspect of the fire at **Rabbi Lankry**'s Yeshiva in Upstate Liberty, NY that was set on fire, was caught red handed on CCTV vandalizing and destroying property at our building occupied by UTA Yeshiva.



Seagate Yeshiva-Camera 01

Mark Treyger and 9 others

💬 1     ⟲ 1     ♡ 2     ⤳

**B**    **Behind The News** ... · 06

**Rabbi Lankry**'s Yeshivah in









**Tweet**



**KnesesIsraelofSeaGate**
@KnesesG

The people of Seagate are speaking up!
After months of Harrasment by
"MatchBox" arsonist Joe Wohlhandler and
Interloper Brikman against Seagate
Residents the pushback in the form of
public notice to the community is in all
public places in Seagate.



**NOTICE**

February, 2019     BS'D

Dear Sea Gate Resident and Community Member:

There is currently a very serious and urgent matter unfolding behind the scenes in Sea Gate. Joseph Wolhendler/Yossef Boruch Wolhendler, also known as "Yosh," residing on Lyme Avenue, in Seagate, is involved in the matters listed below.

1. **LIE:** Satmar is in court to legally fight with Meir Chaim Brickman.

   **FACT:** Satmar is in court to protect their legal lease of the property.

2. **LIE:** Satmar and some Community Members are trying to steal the shul and its valuable assets.

   **FACT:** 95% of Meir Chaim Brickman's Congregants are fighting him because he fired the Gabbai and the President illegally, without cause, in order to steal the shul and its valuable assets. The assets have been assessed at ~20MM ($20,000,000).

3. **LIE:** Satmar is trying to get into the Sea Gate real-estate market by way of a hostile takeover.

   **FACT:** Satmar has ZERO ("0") interest in Sea Gate's real-estate market.

4. **LIE:** Sea Gate is filled with haters, expressing hate towards Chaim Meir Brickman

   **FACT:** Mr. Wolhendler, the hater, is personally suing, in Federal Court, 13 members of Israel and Satmar.

The question arises, who are the true haters here? Is it the two hundred (200), from Sea Gate families? Or is it



5:47 ⊘ 🔔 📧 ❄ ⏰ ⚙ Q ❄ ···    ❋ 🔇 📶 100% 🔋

✕   🔒 (1) KnesesIsraelofSeaGate (...    🔖   ⋮
https://mobile.twitter.com

←   **KnesesIsraelofSeaGate**
    53 Tweets



## Kneses Israel of Sea Gate

**3801 NAUTILUS AVENUE
BROOKLYN, NY 11224**

 ⚙    ⃝ Follow

## KnesesIsraelofSeaGate
@KnesesG

official news outlet of Congregation Kneses Israel of Sea Gate,
Brooklyn under the leadership of President Wayne Butler and
Gabai Fishel Markowitz

📍 3801 Nautilus,SeaGate Brooklyn   🗓 Joined July 2018

**424** Following    **192** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

 **KnesesIsraelofSeaGate** @KnesesG · 12m    ⌄
The people of Seagate are speaking up! After months
of Harrasment by "MatchBox" arsonist Joe
Wohlhandler and Interloper Brikman against Seagate
Residents the pushback in the form of public notice to
the community is in all public places in Seagate.

> ...re Satmar is trying to get into the Sea Gate real-estate market by way of a hostile takeover.
>
>    FACT: Satmar has ZERO ("0") interest in Sea Gate's real-estate market
>
> **4. LIE:** Sea Gate is filled with haters, expressing hate towards Chaim Meir Brickman
>
>    FACT: Mr. Wolhendler, the hater, is personally suing, in Federal Court, 13 members of
> Israel and Satmar.



|||      ◯      ‹



Residents the pushback in the form of public notice to the community is in all public places in Seagate.



**NOTICE**

February, 2019

Dear Sea Gate Resident and Community Member;           BS"D

There is currently a very serious and urgent matter unfolding behind the scenes in Sea Gate. Joseph Wolhendler/Yosef Boruch Wolhendler, also known as "Yosh," residing on Lyme Avenue, in Seagate, is involved in the matters listed below.

1. **LIE:** Satmar is in court to legally fight with Meir Chaim Brickman

   **FACT:** Satmar is in court to protect their legal lease of the property.

2. **LIE:** Satmar and some Community Members are trying to steal the shul and its valuable assets.

   **FACT:** 95% of Meir Chaim Brickman's Congregants are fighting him because he fired the Gabbai and the President illegally, without cause, in order to steal the shul and its valuable assets. The assets have been assessed at ~20MM ($20,000,000).

3. **LIE:** Satmar is trying to get into the Sea Gate real-estate market by way of a hostile takeover.

   **FACT:** Satmar has ZERO ("0") interest in Sea Gate's real-estate market.

4. **LIE:** Sea Gate is filled with haters, expressing hate towards Chaim Meir Brickman

   **FACT:** Mr. Wolhendler, the hater, is personally suing, in Federal Court, 13 members of Knesset Israel and Satmar.

The question arises, who are the true haters here? Is it the two hundred (200), from Sea Gate families? Or is it Joseph Wolhendler, Meir Chaim Brickman, and Moshe Fettman?

Furthermore, Mr. Wolhendler is calling multiple New York City agencies, such as the Fire Department of New York ("FDNY") and the New York City Department of Buildings ("NYCDOB"), on community members who are trying to save the shul and cause them problems.

Moreover, based on these facts and findings, Joseph Wolhendler/Yosef Boruch Wolhendler, also known as "Yosh," is to be considered, under all aspects of Jewish Law, a "Moser." He shall be ex-communicated, and shall not be allowed into any Jewish place of worship in Sea Gate and beyond.

Yours Truly,

Concerned Sea Gate Residents and Longtime Community Members



⊡⊡⊡⊡⊡ ⬆ ✉ ⊡ ⊡ 📧 📍 💳  •••  ✳ ＼ 4G° .₁ 58% 🔋 4:53 PM

← **KnesesIsraelofSeaGate**



*Kneses Israel of Sea Gate*

**3801 NAUTILUS AVENUE
BROOKLYN, NY 11224**

    ( Follow )

## KnesesIsraelofSeaGate
@KnesesG

official news outlet of Congregation Kneses Israel of Sea Gate,
Brooklyn under the leadership of President Wayne Butler and
Gabai Fishel Markowitz

⊙ SeaGate, Brooklyn   🗓 Joined July 2018

**124** Following    **16** Followers

Tweets     Tweets & replies     Media     Likes

 **KnesesIsraelofSeaGate** @KnesesG · 2h    ⌄
Known Seagate troublemaker Mr. Josh Wolhendler is
bullying, Harassing and threatening workers of our
tenant the Yeshiva UTA of Borough Park who are
preparing the building for the winter semester starting
next week.



⊡ ⊞ ▦ ▥ ⬚ ⬛ ⊟ ▦ Ⓠ ✉ ⊚ · · · 🌟 📶 ⁴ᴳ⁺ 58% 🔋 4:53 PM

← **KnesesIsraelofSeaGate**

 **KnesesIsraelofSeaGate** @KnesesG · 2h ⌄

Known Seagate troublemaker Mr. Josh Wolhendler is bullying, Harassing and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week.



1:32   5 views

♡       ⟲       ♡       ⇗

 **KnesesIsraelofSeaGate** @KnesesG · 19h ⌄

Known Seagate troublemaker Mr. Josh Wolhendler is bullying and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week.



⊡       ⇄       ▢       ⇐

57% 4:53 PM

← **KnesesIsraelofSeaGate**



**KnesesIsraelofSeaGate** @KnesesG · 19h ⌄

Known Seagate troublemaker Mr. Josh Wolhendler is bullying and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week.





**KnesesIsraelofSeaGate** @KnesesG · Sep 14 ⌄

Our Congregation President Mr. Wayne Butler discussing SeaGate community issues with the winning candidate for NYS Attorney General during yesterday's democratic primary @TishJames Mr. Butler is wishing her success in her new role!



**KnesesIsraelofSeaGate** @KnesesG · Aug 31 ⌄







🔊 ❋ M 🔲 🖼 ⚙ 🔒 📶 📷 ✢ 🔵 🔇 ⁴ᴳ 📶 88% 🔋 11:09 PM

← **KnesesIsraelofSeaGate**
42 Tweets



**KnesesIsraelofSeaGate** @KnesesG · Oct 5    ⌄
Known Seagate troublemaker Mr. Josh Wolhendler is
bullying, Harassing and threatening workers of our
tenant the Yeshiva UTA of Borough Park who are
preparing the building for the winter semester starting
next week.



♡           ⟲           ♡                    ⤴



**KnesesIsraelofSeaGate** @KnesesG · Oct 4    ⌄
Known Seagate troublemaker Mr. Josh Wolhendler is
bullying and threatening workers of our tenant the
Yeshiva UTA of Borough Park who are preparing the
building for the winter semester starting next week.

 

 

⟲           ☐           ←

 88% 11:09 PM



# KnesesIsraelofSeaGate

42 Tweets

**KnesesIsraelofSeaGate** @KnesesG · Oct 5

Known Seagate troublemaker Mr. Josh Wolhendler is bullying, Harassing and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week.



**KnesesIsraelofSeaGate** @KnesesG · Oct 4

Known Seagate troublemaker Mr. Josh Wolhendler is bullying and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week.

 

# EXHIBIT " B "



10:53

 📷 ✉ 🏠 ✉ ✉ 📷    •••    ❋ 🔇 📶 ⁴ᴳ⁺ ▂▃▅ 64% ▭

←    **KnesesIsraelofSeaGate**     
171 Tweets

   **KnesesIsraelofSeaGate** @Knes... · Oct 8, 2018   ⌄
Mayer and Rivkah Brikman are bullying, Harassing
and threatening workers of our tenant the Yeshiva
UTA of Borough Park who are preparing the building
for the winter semester starting next week. Mayer
Brikman has the Chutspah to tell workers that "I am
the owner" which is a lie!!



0:15   224 views

    1              ♡       ⤳

   **KnesesIsraelofSeaGate** @Knes... · Oct 5, 2018   ⌄
Known Seagate troublemaker Mr. Josh Wolhendler
is bullying, Harassing and threatening workers of
our tenant the Yeshiva UTA of Borough Park who
are preparing the building for the winter semester
starting next week.



|||       ◯       ‹

10:29 📇 ✉ 🔒 ✉ 🔘 ⟶ ⟶ ✉ ⋯          ❋ 🔕 🔊 ⁴ᴳ ⊿ 73% 🔋



← **KneseslsraelofSeaGate**          ( **Following** )
   171 Tweets

**KneseslsraelofSeaGate** @KnesesG · Feb 14     ⌄
Our Congregation Kneses Israel of Seagate
established since 1921 always prayed "Nusach
Sfard" look at the inscription on the main door כנסת
ישראל נוסח ספרד for interloper Brickman and his
partner troublemaker Wohlhandler to try to change
that after 100 years is against Jewish Law



💬 2            ⟲ 2            ♡ 5                    ⤴

⟲ KneseslsraelofSeaGate Retweeted



**NYPD Brooklyn South** ✔ @NYPDBkl... · Feb 13   ⌄
Our hearts break as we come together to do what
we do for our fallen brother - Detective Brian
Simonsen. Honor. Respect. Never Forget. We pray
for the Simonsen Family, the @NYPD102Pct and all
of his loved ones, friends and coworkers.



|||            ◯            ‹

10:30 📧 ✉ 🔒 ✉ 📷 ⚙ ⚙ ✉ ⋯ ✳ 🔇 📶 72% 🔋



✕ 🔒 **KnesesIsraelofSeaGat...**
mobile.twitter.com 🔖 ⤴ ⋮

← **Thread**


**KnesesIsraelofSeaGate** ⌄
@KnesesG

Interloper Rivkah Brikman hired goons
to intimidate and harass innocent
people who come to pray at our tenants
building, watch how Rivkah encourages
those goons with cameras to run after
people! RIVKAH STOP THE CRIMINAL
HARRASMENT AND INTIMIDATION!
STOP THE HATE!



0:37  183 views

8:11 AM · Mar 5, 2019 · Twitter for iPhone

**1** Retweet  **1** Like

  

**Pinny Marozov** @MarozovPinny · Mar 5 ⌄

  

10:31 

 **KneseslsraelofSeaGate**
171 Tweets      Following

 **KneseslsraelofSeaGate** @KnesesG · Mar 5   ⌄
Watch how the SeaGate Police finally arrives and
sends away Interloper Rivkah Brikman and her hired
goons who came to intimidate and harass our
tenants, watch how Rivkah encourages the goons
with cameras not to leave! RIVKAH STOP CRIMINAL
HARRASMENT & INTIMIDATION! STOP THE HATE!


0:30   208 views

💬 2      ⟲ 1      ♡ 1      ⤴

 **KneseslsraelofSeaGate** @KnesesG · Mar 5   ⌄
Interloper Rivkah Brikman hired goons to intimidate
and harass our tenants, watch how the goons with
cameras are running in front of the doors and
videotaping students! It is a crime to record minors
under 18! RIVKAH STOP THE CRIMINAL
HARRASMENT & INTIMIDATION! STOP THE HATE!


0:50   109 views

💬 2      ⟲ 1      ♡ 1

**KneseslsraelofSeaGate** @KnesesG · Mar 5

|||      ◯      ‹

 10:32   ⚏ ✉ ⬛ ✉ ◎    ✉ ⋯   * ⚡ 📶 ⏿ .ᵣll 71% ▮

← **Thread**

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5    ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass innocent people who come to pray at our tenants building, watch how Rivkah encourages those goons with cameras to run after people!
RIVKAH STOP THE CRIMINAL HARRASMENT AND INTIMIDATION! STOP THE HATE!



0:32   185 views       DU RECORDER

💬 2      ⇄ 1      ♡ 1      ⤳

 **KnesesIsraelofSeaGate**    ⌄
@KnesesG

Can you help us stop the harassment by interloper Rivkah Brikman?
@AriBrighton @askbooboo @JewishSeaGate @SGBC_BROOKLYN @SeaGateChaverim @SeagateNeias @ChurbenSeagate @MarkTreyger718 @Margaritakagan @SeagateNews @FettmanJoseph @NYPD60Pct @NYPDBklynSouth @AbeRosenberg1 @YossiGreen



8:43 AM · Mar 5, 2019 · Twitter for iPhone

|||      ◯      ‹

 

10:31   ⚙ ✉ 📧 ✉ 📷   ✉ •••   ❄ 🔇 📶 72% 🔋

 🔒 KnesesIsraelofSeaGat...   🔖   ⤴   ⋮

mobile.twitter.com

---

← **KnesesIsraelofSeaGate**
171 Tweets      Following

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5    ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how Rivkah encourages the goons with cameras to stand in front of the doors and videotape students! It is a crime to record minors! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



0:59   101 views

💬 2     ⟲ 1     ♡ 1     ⤴

 **KnesesIsraelofSeaGate** @KnesesG · Mar 5    ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass innocent people who come to pray at our tenants building, watch how Rivkah encourages those goons with cameras to run after people! RIVKAH STOP THE CRIMINAL HARRASMENT AND INTIMIDATION! STOP THE HATE!



0:45   184 views

|||     ◯     ‹

10:31  ··· ❋ ◆ ☤ ⁴ᴳ⁺ ⬛ 72% ▮



← **KneseslsraelofSeaGate**
　171 Tweets



 **KneseslsraelofSeaGate** @KnesesG · Mar 5 ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how the goons with cameras are running in front of the doors and videotaping students! It is a crime to record minors under 18! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



💬 2　　　🔁 1　　　♡ 1　　　↗

 **KneseslsraelofSeaGate** @KnesesG · Mar 5 ⌄
Interloper Rivkah Brikman hired goons to intimidate and harass our tenants, watch how Rivkah encourages the goons with cameras to stand in front of the doors and videotape students! It is a crime to record minors! RIVKAH STOP THE CRIMINAL HARRASMENT & INTIMIDATION! STOP THE HATE!



💬 2　　　🔁 1　　　♡ 1　　　↗

|||　　　　　◯　　　　　‹

10:35      70%

← **KnesesIsraelofSeaGate**
171 Tweets    **Following**

 **KnesesIsraelofSeaGate** @KnesesG · Apr 2   ⌄
SHOCKING! Interloper Rivkah Brikman together with convicted criminal Yosh Wohlhendler hired armed bouncers last Shabbos to prevent congregants from praying at Congregation Kneses Israel of Seagate! It's a shame that countless congregants couldn't conduct their prayers to God!



Councilman Deutsch and 9 others

💬    ♻ 1    ♡ 3    ⤴

♻ KnesesIsraelofSeaGate Retweeted

 **Dov Hikind** ✔ @HikindDov · Apr 1   ⌄
Where are all the so-called "free speech advocates"?!

An elected official was removed from a committee for stating an incontestable fact.

Let that sink in.

💬 20    ♻ 93    ♡ 337    ⤴

Show this thread

♻ KnesesIsraelofSeaGate Retweeted

 **NYPD 66th Precinct** ✔ @NYPD66Pct · Apr
Alert ❗ 

|||      ◯      ‹

10:35 🖥 ✉ 📷 ✉ 📷 📶 ✉ ···        ✱ ✖ 🛜 📶 70% 🔋

← **Tweet**



**KnesesIsraelofSeaGate**
@KnesesG                                    ⌄

READ: how interloper Rivkah Brikman
together w/Convicted criminal Yosh
Wolhendler wanted to steal all 3 Cong.
buildings worth $20mm by filing a false
purported "Merger" between her
"Chabad of Seagate" entity and our
Cong. "for no consideration" at all
iapps.courts.state.ny.us/fbem/Docume
ntD...

7:49 AM · Apr 4, 2019 · Twitter for iPhone

💬            ⇄            ♡            ⌁



10:36  🔋 70%

← **KnesesIsraelofSeaGate**
171 Tweets



 **KnesesIsraelofSeaGate** @KnesesG · Apr 5 ∨
Sounds familiar? Hired Rabbi tries to steal building!
Here in Seagate this is exactly what's happening,
read about Interloper Rabbi Brikman's attempt to
steal not 1 but 3 buildings!
iapps.courts.state.ny.us/fbem/DocumentD...

**Rabbi hit with new lawsuit**

The rabbi of a historic Chelsea synagogue is being sued again for allegedly rigging a December election in an attempt to take over the historic sanctuary.

Former Congregation Emunath Is-

Mark Treyger and 8 others

💬　　　⟲ 1　　　♡ 1　　　⤳

 **KnesesIsraelofSeaGate** @KnesesG · Apr 5 ∨
Sounds familiar? Board hired Rabbi, and Rabbi tries
to Steal Buildings....well unfortunately same story is
here in Seagate

**Rabbi hit with new lawsuit**

The rabbi of a historic Chelsea synagogue is being sued again for allegedly rigging a December election in an attempt to take over the historic sanctuary.

Former Congregation Emunath Is-

Mark Treyger and 7 others

💬 2　　　⟲　　　♡ 1　　　⤳

||| 　　　◯　　　‹

10:37   69%

← **KnesesIsraelofSeaGate**
171 Tweets


Following

 **KnesesIsraelofSeaGate** @KnesesG · Apr 12 ⌄
WATCH FACES OF EVIL: Meir Brikman who consider's himself a "Rabbi" and his hired goon Shia who threatens people with his Rottweiler Dog shut off the electric switches which causes damages of thousands of dollars in spoiled food and then lies on his videos that he is the victim



💬 1　　⟲ 1　　♡ 1　　⤴

 **KnesesIsraelofSeaGate** @KnesesG · Apr 12 ⌄
Meir chaim Brikman's hired goon, Shia and his girlfriend were intimidating and cursing with epithets our Congregation members with his Rottweiler Dog this night, Shia is getting paid by Thief Brikman to do this intimidation tactics night after night. This is what Brikman is doing



||| ◯ ‹

3:16  　　　　　　　　⚡🔇 NBG ull 22% 🔋

← **KneseslsraelofSeaGate** 
171 Tweets

 **KneseslsraelofSeaGate** @KnesesG · May 23 ⌄
It has come to our attention that the Brickman's are soliciting our members for donations/Sponsorship for BBQ's/TGI's/Etc expressing that the $ is going towards our Cong. Please be advised that this is a LIE! our Cong. Never received a penny! the $ is 4 Brickman's personal entity



*Thursday* **MAY 23 2019**
5:30-7:30PM *at* 3844 LYME AVE
**Moon Bounce · Cotton Candy · Pop Corn**
SUGGESTED DONATION: $10 PP. SPONSORSHIP: $180 | $360
INCREDIBLE CHINESE ACROBAT

Mark Treyger and 9 others

💬 1　　　🔁　　　♡　　　◦⟨

 **KneseslsraelofSeaGate** @KnesesG · May 3 ⌄
28 YEAR DIFFERENCE! Rabbi Yisroel Goldstein of @Chabad of #Poway In 28 years of service built a beautiful Shul and Community! Chaim Meir @ Interloper Rivkah Brikman of Seagate In 28 years of service brought destruction & devastation to #Seagate #brooklyn WHAT A WASTE OF 28 YEARS!



2:12 216 views

||| 　　 ◯ 　　 ‹

← **Tweet**

advised that this is a LIE! our Cong.
Never received a penny! the $ is 4
Brickman's personal entity



3:17 📞 Ⓜ ⓸ ⌸ ⌸ ⌑ 🖼 🔒 🔅 ··    ✳ 🔇 📶 📶 22%🔋

← **Tweet**

 **KnesesIsraelofSeaGate**
@KnesesG        ⌄

It has come to our attention that the Brickman's are soliciting our members for donations/Sponsorship for BBQ's/TGI's/Etc expressing that the $ is going towards our Cong. Please be advised that this is a LIE! our Cong. Never received a penny! the $ is 4 Brickman's personal entity



8:56              ▽◁ 🛰 ⁴ᴳ⁺ .ıll 95% ▮

← **Tweet**

🔖 Pinned Tweet

 **KnesesIsraelofSeaGate**
@KnesesG

So the fired Rabbi Brickman with his wife Interloper Rivkah Brickman who tried to steal all of our Congregation's assets ran to #FakeNews reporter @RamirezJeanine from @NY1 with LIES to spread #FakeNews on the matter that's before Supreme Court after Brickman was caught STEALING!



New York State Unified Court System

**COURTS**

*WebCivil Supreme - Case Detail*

                       [ Add to track ]

| | |
|---|---|
| Court: | **Kings Supreme Court** |
| Index Number: | **0516508/2018** |
| Case Name: | **KNESES ISRAEL OF SEA-GATE vs. FETTMAN, MOSHE** |
| Case Type: | **E-FILED SPECIAL PROCEEDINGS** |
| Track: | **Standard** |
| RJI Filed: | **08/14/2018** |
| Date RGI Due: | |
| NOI Filed: | |
| Disposition Date: | |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **KATHY J. KING** |

Tweet your reply

|||        ◯        ‹

 3:19 

 **KnesesIsraelofSeaGate**    [Following]
171 Tweets

 **KnesesIsraelofSeaGate** @KnesesG · Jul 28    ⌄

More then 1 Million dollar$ has been raised thru several campaigns by scam artists Meyer and Rivka Brickman to renovate our Kneses Israel of Seagate Synagogue after Sandy and after the fire, Not 1 dollar has been spent to renovate! Instead the Brickman's are padding their pockets



Ari Kagan and 9 others

💬 3        ⟲ 2        ♡ 5         ⤴

 **KnesesIsraelofSeaGate** @KnesesG · Jul 22    ⌄

Statement from our President the Hon. Wayne Butler: Our Cong. mourns the loss of NYPD Detective Christopher Cranston (48) who spent his career in @NYPD60Pct & @NYPD62Pct and died of 9/11 related cancer, our condolences to his family #RIP





3:20     ✳ 🔇 📶 20% ▯

← **Thread**

 **KnesesIsraelofSeaGate** @KnesesG · Jul 28 ⌄
@TishJames @TheSeaGateShore @JShabsNYC
@brooklynpaper @BrooklynDA @Ibrahim_Khan
@NYJewishWeek @PIX11News @ABC7NY
@AbeRosenberg1 @BPEricAdams @bpjcc
@JCCGCI @Chabad @HikindDov Criminal activity
by Scam artists the Brikman's! Emptying charity
money meant to repair our burnt Shul!



♡ 1     ⇄ 3     ♡ 2     ⤴

2 more replies

 **Y Mar** @leibima · Jul 29 ⌄
Replying to @KnesesG @IgudOf and 10 others
I guess the RAA is feeling bad about their
GoFundMe page that has raised $145 from three
donors over nine months... People donate to whom
they trust!

♡     ⇄     ♡     ⤴



|| ||     ◯     ‹



3:21

# Thread



**KnesesIsraelofSeaGate** @KnesesG · Jul 28

Replying to @chabadscv @AriBrighton and 9 others

Any reason why the Brickman's are stealing these huge sums from a burned down synagogue that is struggling to survive?? Why are they raising funds to repair the main sanctuary and haven't spent a dime? Only stole every penny for their own pockets?? This is CRIMINAL?



♡ 1     ⟲ 1     ♡     ⤳



**KnesesIsraelofSeaGate** @KnesesG · Jul 28

@TishJames @TheSeaGateShore @JShabsNYC @brooklynpaper @BrooklynDA @Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY @AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov Criminal activity by Scam artists the Brikman's! Emptying charity money meant to repair our burnt Shul!



3:21   ⊗ 🔲 ◎ 🔌 ✉ ⌔ 🖼 🔋 ⌔ ⁣ ⋯    ✻ 🔇 ❄ ⛆ ▂ 20% ▯

## Thread



**KnesesIsraelofSeaGate** @KnesesG · Jul 28   ⌄
Replying to @chabadscv @AriBrighton and 9 others
Any reason why the Brickman's are stealing these huge sums from a burned down synagogue that is struggling to survive?? Why are they raising funds to repair the main sanctuary and haven't spent a dime? Only stole every penny for their own pockets?? This is CRIMINAL?

[image of two checks]

♡ 1      ⟲ 1      ♡      ⌁



**KnesesIsraelofSeaGate** @KnesesG · Jul 28   ⌄
@TishJames @TheSeaGateShore @JShabsNYC @brooklynpaper @BrooklynDA @Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY @AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov Criminal activity by Scam artists the Brikman's! Emptying charity money meant to repair our burnt Shul!

[image of two checks]

|||      ◯      ‹



3:21

## Thread



**KnesesIsraelofSeaGate** @KnesesG · Jul 28 ⌄

More then 1 Million dollar$ has been raised thru several campaigns by scam artists Meyer and Rivka Brickman to renovate our Kneses Israel of Seagate Synagogue after Sandy and after the fire, Not 1 dollar has been spent to renovate! Instead the Brickman's are padding their pockets



Ari Kagan and 9 others

💬 3      ↻ 2      ♡ 5      ⌁



**KnesesIsraelofSeaGate**
@KnesesG           ⌄

This Scam being perpetrated by the Brickman's in Seagate is CRIMINAL! the Main Kneses Synagogue sanctuary is in dire need of repairs, they collected over 1 Million Dollars for that and they laugh in the face of donors who shelled out hard earned money to repair the Synagogue!



2:31 PM · Jul 28, 2019 · Twitter for iPhone

3:22                     ✱✕🔇 ▒ 19%

 **KnesesIsraelofSeaGate** 
171 Tweets

**KnesesIsraelofSeaGate** @KnesesG · Aug 2      ∨
After a @Chabad rabbi sent her explicit messages,
JBLM soldier's wife says she was targeted and
betrayed | The Seattle Times, it's about time
@Chabad roots out bad apples like this one and
Seagate' s Meir Brickman who betray their duties!



After a rabbi sent her explicit messages, JBLM
soldier's wife says she was targeted and …
🔗 seattletimes.com

💬 1            ⟲            ♡ 1            ⤳

**KnesesIsraelofSeaGate** @KnesesG · Jul 28      ∨
This Scam being perpetrated by the Brickman's in
Seagate is CRIMINAL! the Main Kneses Synagogue
sanctuary is in dire need of repairs, they collected
over 1 Million Dollars for that and they laugh in the
face of donors who shelled out hard earned money
to repair the Synagogue!

💬            ⟲            ♡            ⤳

Show this thread

You reported this Tweet.                    

            ‹

**KnesesIsraelofSeaGate** @KnesesG · Jul 23      ∨



3:23

## ← **Tweet**



**KnesesIsraelofSeaGate**
@KnesesG

Read here the latest filings in Kings County Supreme Court Index # 516508/2018 outlining how scam artists Meyer and Rivka Brickman set up an amazing complex scheme to defraud Cong. Kneses Israel of Seagate Synagogue's assets for their own personal use

iapps.courts.state.ny.us/fbem/DocumentD...



👤 Mark Treyger and 9 others



11:19 PM · Aug 20, 2019 · Twitter for iPhone



3:24  ☀ 🔊 🔆 ✉ ⌀ 🖼 🔒 ✦ ··   ⁑ 🔇 📶 18% ⎙



← **KnesesIsraelofSeaGate**
171 Tweets                       Following

You reported this Tweet.                 View

You reported this Tweet.                 View

 **KnesesIsraelofSeaGate** @KnesesG · Aug 29  ⌄
@JewishSeaGate @SeaGateChaverim @SeaGatePD
@TheSeaGateShore @KalmanYegerNYC
@NewYorkStateAG @JCats2013 @FrontusforNY
@CMMathieuEugene @nypost @NYDailyNews
@NYJewishWeek @NYTMetro @NYCGreenfield
@JCCGCI @bpjcc @canarsie_jcc @JCCMarinePark
@coneyislandblog @coneyislandusa

  ♡        ⇄        ♡        ⤴

Show this thread

 **KnesesIsraelofSeaGate** @KnesesG · Aug 29  ⌄
HELP! Our Shul is in dire need of repairs, after
several campaigns & fire Insurance money totaling
over a million dollars the Scammers Meyer & Rivka
Brickman with the help of ex-convict Joseph
Wohlhendler are looting our coffers for personal
use! Read here
iapps.courts.state.ny.us/fbem/DocumentD…



|||           ◯           ‹

3:24 🟢 📧 📷 ⚡ 📧 α 🖼 🔋 📷 ···    🔵 🔇 📶 18% 🔋

← **KnesesIsraelofSeaGate**
     171 Tweets      ( Following )

Tweets    Tweets & replies    Media    Likes

┌─────────────────────────────────────────────┐
│ You reported this Tweet.     View │
└─────────────────────────────────────────────┘

**KnesesIsraelofSeaGate** @KnesesG · Sep 2   ⌄
letter our Attorney Mr. Goldberg esq wrote exposing
the hypocrisy of the Scammers Meyer & Rivka
Brickman who are looting our Cong. coffers for
personal use & personal entities! while harassing
our Congregations only source of income from our
tenant of 14 years the UTA School



💬      🔁 1      ♡ 2      ⤴

**KnesesIsraelofSeaGate** @KnesesG · Aug 29   ⌄
@JewishSeaGate @SeaGateChaverim @SeaGatePD
@TheSeaGateShore @KalmanYegerNYC
@NewYorkStateAG @JCats2013 @FrontusforNY
@CMMathieuEugene @nypost @NYDailyNews
@NYJewishWeek @NYTMetro @NYCGreenfield
@JCCGCI @bpjcc @canarsie_jcc @JCCMarinePark
@coneyislandblog @coneyislandusa

💬      🔁      ♡

Show this thread

**KnesesIsraelofSeaGate** @KnesesG · Aug 29

|||      ◯      ‹

# EXHIBIT " C "

10:00  🔋 💬 ⊡ ✉ ⊡ Q ☀ ⋯      ✳ ▲ 📶 ▂▂ 12%▮

← **Thread**



**KnesesIsraelofSeaGate** @KnesesG · 7h          ⌄
Any reason why the Brickman's are stealing these
huge sums from a burned down synagogue that is
struggling to survive?? Why are they raising funds to
repair the main sanctuary and haven't spent a dime?
Only stole every penny for their own pockets?? This is
CRIMINAL?



💬 1              ⇄ 1              ♡              ⤳



**KnesesIsraelofSeaGate** @KnesesG · 6h          ⌄
@TishJames @TheSeaGateShore @JShabsNYC
@brooklynpaper @BrooklynDA @Ibrahim_Khan
@NYJewishWeek @PIX11News @ABC7NY
@AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI
@Chabad @HikindDov Criminal activity by Scam
artists the Brikman's! Emptying charity money meant
to repair our burnt Shul!



|||              ◯              ‹

10:43

**KnesesIsraelofSeaGate**
170 Tweets

Follow

**KnesesIsraelofSeaGate** @KnesesG · Aug 29
@JewishSeaGate @SeaGateChaverim @SeaGatePD
@TheSeaGateShore @KalmanYegerNYC
@NewYorkStateAG @JCats2013 @FrontusforNY
@CMMathieuEugene @nypost @NYDailyNews
@NYJewishWeek @NYTMetro @NYCGreenfield
@JCCGCI @bpjcc @canarsie_jcc @JCCMarinePark
@coneyislandblog @coneyislandusa

Show this thread

**KnesesIsraelofSeaGate** @KnesesG · Aug 29
HELP! Our Shul is in dire need of repairs, after
several campaigns & fire Insurance money totaling
over a million dollars the Scammers Meyer & Rivka
Brickman with the help of ex-convict Joseph
Wohlhendler are looting our coffers for personal
use! Read here
iapps.courts.state.ny.us/fbem/DocumentD...



Jeanine Ramirez and 8 others

1                    1

You reported this Tweet.

VIEW

III            ◯            ‹

12:39 🕓 📷 🔲 📷 📷 📷 🔲 ⋯    ⁑ ⁘⁴ᴳ⁺ .ııll 64% 🔋

←    **Thread**

📌   Pinned Tweet

 **KnesesIsraelofSeaGate**
@KnesesG             ⌄

More then 1 Million dollar$ has been raised thru several campaigns by scam artists Meyer and Rivka Brickman to renovate our Kneses Israel of Seagate Synagogue after Sandy and after the fire, Not 1 dollar has been spent to renovate! Instead the Brickman's are padding their pockets



👤 Ari Kagan and 9 others        

1:01 AM · Jul 28, 2019 · Twitter for iPhone

|||        ◯        ‹

# EXHIBIT " D "

KINGS COUNTY CLERK
FILED

2019 JUL 15 AM 10: 25

At an I.A.S. Trial Term, Part 64 of the Supreme
Court of the State of New York, held in and for the
County of Kings, at the Courthouse, located at
Civic Center, Borough of Brooklyn, City and State
of New York, on the 8 day of July 2019

P R E S E N T :

Hon. Kathy J King
                    Justice

Supplemental Order

Kneses Israel of Sea Gate           Plaintiff(s)

Cal. No.

Index No. 516508/18

- against -

Moshe Fettman, et. al.           Defendant(s)

The following papers numbered 1 to       read on this motion          Papers Numbered

Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed_____
Answering Affidavit (Affirmation)_____
Reply Affidavit (Affirmation)_____
                           Affidavit (Affirmation)_____
Pleadings - Exhibits_____
Stipulations - Minutes_____
Filed Papers_____

The Court directs Sterling National Bank to negotiate
check nos. #3552 and #3553 dated 6/25/2019 from the
"Congregation Kneses Israel of Sea Gate" account and payable to
Rabbi Brikman.

The Court finds that the following signatories have the authority to
sign and issue checks pursuant to the Court's order dated 6/20/19:
Joseph Fettman, Joseph Wohlender, and Jeff Beylinson.

For Clerks use only
MG___
MD___
Motion Seq. #

E N T E R

                    J.S.C.

EJV-rev 11-04

Page 1 of 2

1 of 2

2019 JUL 15 AM 10: 25

## PAGE 2

INDEX# 516508/18 --

DATE 7/8/19

PLAINTIFF Kneses _____ VS DEFENDANT Feitman

UTA/Satmar is directed to submit payment to Israel Goldberg, Esq for past due rent owed to the Synagogue from July 2018 to the present within 10 days from the date of this order.

ENTERED/SO ORDERED

JSC ⟋ HO

**PAGE 2**

HON. KATHY J. KING
J S C

# EXHIBIT " E "

 **Help Center**

# The Twitter Rules

Twitter's purpose is to serve the public conversation. Violence, harassment and other similar types of behavior discourage people from expressing themselves, and ultimately diminish the value of global public conversation. Our rules are to ensure all people can participate in the public conversation freely and safely.

## Safety

<u>Violence:</u> You may not threaten violence against an individual or a group of people. We also prohibit the glorification of violence. Learn more about our violent threat (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/violent-threats-glorification) and glorification of violence (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/glorification-of-violence) policies.

<u>Terrorism/violent extremism:</u> You may not threaten or promote terrorism or violent extremism. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/violent-groups).

<u>Child sexual exploitation:</u> We have zero tolerance for child sexual exploitation on Twitter. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/sexual-exploitation-policy).

<u>Abuse/harassment:</u> You may not engage in the targeted harassment of someone, or incite other people to do so. This includes wishing or hoping that someone experiences physical harm. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-behavior).

<u>Hateful conduct:</u> You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/hateful-conduct-policy).

<u>Suicide or self-harm:</u> You may not promote or encourage suicide or self-harm. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/glorifying-self-harm).

Sensitive media, including graphic violence and adult content: You may not post media that is excessively gory or share violent or adult content within live video or in profile or header images. Media depicting sexual violence and/or assault is also not permitted. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/media-policy).

Illegal or certain regulated goods or services: You may not use our service for any unlawful purpose or in furtherance of illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/regulated-goods-services).

# Privacy

Private information: You may not publish or post other people's private information (such as home phone number and address) without their express authorization and permission. We also prohibit threatening to expose private information or incentivizing others to do so. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/personal-information).

Non-consensual nudity: You may not post or share intimate photos or videos of someone that were produced or distributed without their consent. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/intimate-media).

# Authenticity

Platform manipulation and spam: You may not use Twitter's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupts people's experience on Twitter. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/platform-manipulation).

Election integrity: You may not use Twitter's services for the purpose of manipulating or interfering in elections. This includes posting or sharing content that may suppress voter turnout or mislead people about when, where, or how to vote. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/election-integrity-policy).

Impersonation: You may not impersonate individuals, groups, or organizations in a manner that is intended to or does mislead, confuse, or deceive others. Learn more (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-impersonation-policy).

Copyright and trademark: You may not violate others' intellectual property rights, including copyright and trademark. Learn more about our trademark policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-trademark-policy)

and copyright policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/copyright-policy).

# Enforcement and Appeals

Learn more about our approach to enforcement (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy), including potential consequences for violating these rules or attempting to circumvent enforcement, as well as how to appeal.

# Third-party advertising in video content

You may not submit, post, or display any video content on or through our services that includes third-party advertising, such as pre-roll video ads or sponsorship graphics, without our prior consent.

Note: we may need to change these rules from time to time in order to support our goal of promoting a healthy public conversation. The most current version is always available at https://twitter.com/rules (https://help.twitter.comhttps://twitter.com/rules).

 **Help Center**

# Abusive behavior

Twitter Rules_(https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct): You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.

## Rationale

On Twitter, you should feel safe expressing your unique point of view. We believe in freedom of expression and open dialogue, but that means little as an underlying philosophy if voices are silenced because people are afraid to speak up.

In order to facilitate healthy dialogue on the platform, and empower individuals to express diverse opinions and beliefs, we prohibit behavior that harasses or intimidates, or is otherwise intended to shame or degrade others. In addition to posing risks to people's safety, abusive behavior may also lead to physical and emotional hardship for those affected.

Learn more about our approach to policy development and our enforcement philosophy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy).

## When this applies

Some Tweets may seem to be abusive when viewed in isolation, but may not be when viewed in the context of a larger conversation. When we review this type of content, it may not be clear whether it is intended to harass an individual, or if it is part of a consensual conversation. To help our teams understand the context of a conversation, we may need to hear directly from the person being targeted, to ensure that we have the information needed prior to taking any enforcement action.

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior within Tweets or Direct Messages. For accounts engaging in abusive behavior on their profile, please refer to our abusive profile policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-profile). For

behavior targeting people based on their race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease, this may be in violation of our hateful conduct policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/hateful-conduct-policy).

## Wishing or hoping serious harm on a person or group of people

We do not tolerate content that wishes, hopes or expresses a desire for death, serious bodily harm or fatal disease against an individual or group of people. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserves serious physical injury e.g., "If this group of protesters don't shut up, they deserve to be shot."

## Unwanted sexual advances

While some consensual nudity and adult content is permitted (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/media-policy) on Twitter, we prohibit unwanted sexual advances and content that sexually objectifies an individual without their consent. This includes, but is not limited to:

- sending someone unsolicited and/or unwanted adult media, including images, videos, and GIFs;

- unwanted sexual discussion of someone's body;

- solicitation of sexual acts; and

- any other content that otherwise sexualizes an individual without their consent.

## Using aggressive insults with the purpose of harassing or intimidating others

We take action against excessively aggressive insults that target an individual, including content that contains slurs or similar language. Please also note that while some individuals may find certain terms to be offensive, we will not action against every instance where insulting terms are used.

## Encouraging or calling for others to harass an individual or group of people

We prohibit behavior that encourages others to harass or target specific individuals or groups with abusive behavior. This includes, but is not limited to; calls to target people with abuse or harassment online and behavior that urges offline action such as physical harassment.

**Do I need to be the target of this content for it to be reviewed for violating the Twitter Rules?**

No, we review both first-person and bystander reports of such content.

**Consequences**

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to, the severity of the violation and an individual's previous record of rule violations.

For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Tweet again. Subsequent violations will lead to longer read-only periods and may eventually result in permanent suspension. If an account is engaging primarily in abusive behavior, we may permanently suspend the account upon initial review.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

 **Help Center**

# Hateful conduct policy

**Hateful conduct:** (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct)
(https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct) You may not promote violence against or directly attack or threaten other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. We also do not allow accounts whose primary purpose is inciting harm towards others on the basis of these categories.

**Hateful imagery and display names:** You may not use hateful images or symbols in your profile image or profile header. You also may not use your username, display name, or profile bio to engage in abusive behavior, such as targeted harassment or expressing hate towards a person, group, or protected category.

## Rationale

Twitter's mission is to give everyone the power to create and share ideas and information, and to express their opinions and beliefs without barriers. Free expression is a human right – we believe that everyone has a voice, and the right to use it. Our role is to serve the public conversation, which requires representation of a diverse range of perspectives.

We recognise that if people experience abuse on Twitter, it can jeopardize their ability to express themselves. Research has shown that some groups of people are disproportionately targeted with abuse online. This includes; women, people of color, lesbian, gay, bisexual, transgender, queer, intersex, asexual individuals, marginalized and historically underrepresented communities. For those who identity with multiple underrepresented groups, abuse may be more common, more severe in nature and have a higher impact on those targeted.

We are committed to combating abuse motivated by hatred, prejudice or intolerance, particularly abuse that seeks to silence the voices of those who have been historically marginalized. For this reason, we prohibit behavior that targets individuals with abuse based on protected category.

If you see something on Twitter that you believe violates our hateful conduct policy, please report it to us (https://help.twitter.comhttps://help.twitter.com/forms/abusiveuser).

# When this applies

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior, whether within Tweets or Direct Messages.

### Violent threats
We prohibit content that makes violent threats against an identifiable target. Violent threats are declarative statements of intent to inflict injuries that would result in serious and lasting bodily harm, where an individual could die or be significantly injured, e.g., "I will kill you".

**Note:** we have a zero tolerance policy against violent threats. Those deemed to be sharing violent threats will face immediate and permanent suspension of their account.

### Wishing, hoping or calling for serious harm on a person or group of people
We prohibit content that wishes, hopes, promotes, or expresses a desire for death, serious and lasting bodily harm, or serious disease against an entire protected category and/or individuals who may be members of that category. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease, e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident, e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserve serious physical injury, e.g., "If this group of protesters don't shut up, they deserve to be shot."

### References to mass murder, violent events, or specific means of violence where protected groups have been the primary targets or victims
We prohibit targeting individuals with content that references forms of violence or violent events where a protected category was the primary target or victims, where the intent is to harass. This includes, but is not limited to sending someone:

- media that depicts victims of the Holocaust;

- media that depicts lynchings.

### Inciting fear about a protected category
We prohibit targeting individuals with content intended to incite fear or spread fearful stereotypes about a protected category, including asserting that members of a protected

category are more likely to take part in dangerous or illegal activities, e.g., "all [religious group] are terrorists".

**Repeated and/or non-consensual slurs, epithets, racist and sexist tropes, or other content that degrades someone**

We prohibit targeting individuals with repeated slurs, tropes or other content that intends to dehumanize, degrade or reinforce negative or harmful stereotypes about a protected category. This includes targeted misgendering or deadnaming of transgender individuals.

We also prohibit the dehumanization of a group of people based on their religion.

**Hateful imagery**

We consider hateful imagery to be logos, symbols, or images whose purpose is to promote hostility and malice against others based on their race, religion, disability, sexual orientation, gender identity or ethnicity/national origin. Some examples of hateful imagery include, but are not limited to:

- symbols historically associated with hate groups, e.g., the Nazi swastika;

- images depicting others as less than human, or altered to include hateful symbols, e.g., altering images of individuals to include animalistic features; or

- images altered to include hateful symbols or references to a mass murder that targeted a protected category, e.g., manipulating images of individuals to include yellow Star of David badges, in reference to the Holocaust.


Media depicting hateful imagery is not permitted within live video, account bio, profile or header images. All other instances must be marked as sensitive media. Additionally, sending an individual unsolicited hateful imagery is a violation of our abusive behavior policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-behavior).

# Do I need to be the target of this content for it to be a violation of the Twitter Rules?

Some Tweets may appear to be hateful when viewed in isolation, but may not be when viewed in the context of a larger conversation. For example, members of a protected category may refer to each other using terms that are typically considered as slurs. When used consensually, the intent behind these terms is not abusive, but a means to reclaim terms that were historically used to demean individuals.

When we review this type of content, it may not be clear whether the intention is to abuse an individual on the basis of their protected status, or if it is part of a consensual conversation. To help our teams understand the context, we sometimes need to hear

directly from the person being targeted to ensure that we have the information needed prior to taking any enforcement action.

**Note:** individuals do not need to be a member of a specific protected category for us to take action. We will never ask people to prove or disprove membership in any protected category and we will not investigate this information.

# Consequences

Under this policy, we take action against behavior that targets individuals or an entire protected category with hateful conduct, as described above. Targeting can happen in a number of ways, for example, mentions, including a photo of an individual, referring to someone by their full name, etc.

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to the severity of the violation and an individual's previous record of rule violations. For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Tweet again. Subsequent violations will lead to longer read-only periods and may eventually result in permanent account suspension. If an account is engaging primarily in abusive behavior, or is deemed to have shared a violent threat, we will permanently suspend the account upon initial review.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

If someone believes their account was suspended in error, they can submit an appeal (https://help.twitter.comhttps://help.twitter.com/forms/general?subtopic=suspended).

# EXHIBIT " G "





# EXHIBIT " H "

9:46     74% 🔋

← **Rabbinical Alliance Of America**
    3,337 Tweets      ( Follow )

⟲   Rabbinical Alliance Of America Retweeted

 **KnesesIsraelofSeaGate** @KnesesG · 18h    ⌄

Replying to @KnesesG @chabadscv and 10 others
@TishJames @TheSeaGateShore @JShabsNYC
@brooklynpaper @BrooklynDA @Ibrahim_Khan
@NYJewishWeek @PIX11News @ABC7NY
@AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI
@Chabad @HikindDov Criminal activity by Scam
artists the Brikman's! Emptying charity money meant
to repair our burnt Shul!



💬 1      ⟲ 3      ♡ 1      ⤴

⟲   Rabbinical Alliance Of America Retweeted

**KnesesIsraelofSeaGate** @KnesesG · Jul 28    ⌄

More then 1 Million dollar$ has been raised thru
several campaigns by scam artists Meyer and Rivka
Brickman to renovate our Kneses Israel of Seagate
Synagogue after Sandy and after the fire, Not 1 dollar
has been spent to renovate! Instead the Brickman's
are padding their pockets



|||      ◯      ‹

12:43 🔇 📷 🔳 📷 📷 ··· ··· * 🔋 65% 🔋



× 🔒 **Retweeted by / Twitter**
https://mobile.twitter.com

← **Retweeted by**

**kathy**
@kathyfisher10 `Follow`

Complicated girl with a dream....You give up your dreams, you die..... Art 🎼 Music ⚖️ Legal Assistant ⚖️ Every day We fight the good fight ⚖️ 🇺🇸 🍸 🐾 🐾

**CrystalChandalier**
@crystalbaybe69 `Follow`

onlyfans.com/crystalbaybe
camsoda.com/skylarlain2017

**Rabbinical Alliance Of America**
@IgudOf `Follow`

EST 1942 (RAA-IGUD) The wide umbrella of the Orthodox Rabbinate faithfully serving Jews of all backgrounds! -NO DM-

||| ◯ ‹

⇅ Rabbinical Alliance Of America Retweeted



**KneseslsraelofSeaGate** @KnesesG · 19h                    ⌄

Replying to @KnesesG @chabadscv and 10 others
@TishJames @TheSeaGateShore @JShabsNYC @brooklynpaper
@BrooklynDA @Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY
@AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov
Criminal activity by Scam artists the Brikman's! Emptying charity money meant
to repair our burnt Shul!



◯ 1          ⇅ 3          ♡ 1                    ↑

12:43 🔵📱📧📷⚙️📷🔷 ⚙️ ···    ❄️📶⁴ᴳ⁺ �📶 65% 🔋

# Rabbinical Alliance Of America

3,337 Tweets

 Follow

← 

they have asked my relatives in Seagate for donations for Kneses Israel but always asked them to write the checks out to their private entities and laundered the moneys meant for Kneses Israel Charity!

💬 1      🔁 2      🤍 4      ⤴️

🔁 Rabbinical Alliance Of America Retweeted

 **KnesesIsraelofSeaGate** @KnesesG · 21h    ⌄

Replying to @KnesesG @chabadscv and 10 others @TishJames @TheSeaGateShore @JShabsNYC @brooklynpaper @BrooklynDA @Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY @AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov Criminal activity by Scam artists the Brikman's! Emptying charity money meant to repair our burnt Shul!



💬 1      🔁 3      ♡ 1      ⤴️

🔁 Rabbinical Alliance Of America Retweeted

 **KnesesIsraelofSeaGate** @KnesesG · Jul 28    ⌄

More then 1 Million dollar$ has been raised thru several campaigns by scam artists Meyer and Rivka Brickman to renovate our Kneses Israel of Se... Synagogue after Sandy and after the fire, No... has been spent to renovate! Instead the Brickmans are padding their pockets

Ⓧ ✏️

|||      ◯      ‹

12:43 🟢 📷 🖥 📷 ☁ 📷 🗐 🕸 ⋯    ⁎ ▼📶📶 65% 🔋

🔒 **Retweeted by / Twitter**
https://mobile.twitter.com    🔖   ⋮

←   **Retweeted by**



**kathy**
@kathyfisher10      ( Follow )

Complicated girl with a dream....You give up your dreams, you die..... Art 🎼 Music ⚖️ Legal Assistant ⚖️ Every day We fight the good fight ⚖️ 🇺🇸 🍸 🐾 🐾

**CrystalChandalier**
@crystalbaybe69      ( Follow )

onlyfans.com/crystalbaybe
camsoda.com/skylarlain2017

**Rabbinical Alliance Of America**
@IgudOf      ( Follow )

EST 1942 (RAA-IGUD) The wide umbrella of the Orthodox Rabbinate faithfully serving Jews of all backgrounds! -NO DM-

|||      ◯      ‹

12:43 🕐 📱 📧 📷 🔊 📷 🔲 ▦ ···    * 📶 4G 📶 65% 🔋

← **Rabbinical Alliance Of America**    ⟨ Follow ⟩
    3,337 Tweets

to repair our burnt Shul!



💬 1     🔁 3     ♡ 1     ⌁

🔁 Rabbinical Alliance Of America Retweeted



**KnesesIsraelofSeaGate** @KnesesG · Jul 28    ⌄
More then 1 Million dollar$ has been raised thru
several campaigns by scam artists Meyer and Rivka
Brickman to renovate our Kneses Israel of Seagate
Synagogue after Sandy and after the fire, Not 1 dollar
has been spent to renovate! Instead the Brickman's
are padding their pockets



Ari Kagan and 9 others

💬 3     🔁 3     ♡ 5     ⌁

Show this thread

|||      ◯      ‹

12:42 🟢 📱 📧 📷 🔖 📷 🔖 📷 ···    ⦿ ◑ 🔋 65% 🔋

✕  🔒 **Rabbinical Alliance Of Ameri...**    🔖 ⋮
      https://mobile.twitter.com

---

←   **Rabbinical Alliance Of America**
    3,337 Tweets



ABBINICAL A'
יריקא

# Rabbinical Alliance Of America
@IgudOf

EST 1942 (RAA-IGUD) The wide umbrella of the Orthodox
Rabbinate faithfully serving Jews of all backgrounds! -NO DM-

◎ New York, NY   🖉 rabbinicalalliance.org
📅 Joined August 2018

**6,622** Following    **6,037** Followers

👥   Followed by Satmar Headquarters

---

Tweets     Tweets & replies     Media     Likes

---

📌   Pinned Tweet

   **Rabbinical Alliance Of America** @IgudOf · Jul 23   ⌄
Please help we need money!

┌─────────────────────────────────────────────
│ 🔖 **Rabbinical Alliance Of America** @Igu... · Jul 18
│
│ gofundme.com/raa-stands-aga... please open your
│ 🖤 heart!
│
│                                   ⊕🖋

|||        ◯        ‹



10:57 🔊 ⌁ ✉ 🎵 🖥 🎵 ☑ 🔘 ⋯    ❋ 🔇 📶 📶 51% ▯

←   **Rabbinical Alliance Of America**
    3,628 Tweets



איגוד הרבנים ד'אמרי

**[RAA**
ᴿABBINICAL Aᵀ
יריקא

( ₀₀₀ ) ( Follow )

## Rabbinical Alliance Of America
@IgudOf

EST 1942 (RAA-IGUD) The wide umbrella of the Orthodox
Rabbinate faithfully serving Jews of all backgrounds! -NO
DM-

⊙ New York, NY   🔗 rabbinicalalliance.org
🗓 Joined August 2018

**6,949** Following    **6,372** Followers

👥 Followed by Satmar Headquarters and Jerry Goldfeder

---

**Tweets**      Tweets & replies      Media      Likes

---

📌 Pinned Tweet



**Rabbinical Alliance Of America** @Igu... · Aug 2    ⌄
gofundme.com/raa-stands-aga... Please donate
please help please open your heart! #donate #help
#charity #Blessings #tax #deduction #RAA



💬 1      ⟲ 9      ♡ 20

|||      ◯      ‹



10:57 🔊 🌀 ✉ 📱 📰 📲 📨 📷 ⊙ •••    ✳📶📵 ⁴ᴳᴱ ⁺ ▂▄ 51% 🔋

← **Rabbinical Alliance Of America**
3,628 Tweets



**RAA**    איגוד הרבנים ד'אמרי
RABBINICAL A'
אמריקא

( ⚬⚬⚬ )   ( Follow )

## Rabbinical Alliance Of America
@IgudOf

EST 1942 (RAA-IGUD) The wide umbrella of the Orthodox Rabbinate faithfully serving Jews of all backgrounds! -NO DM-

📍 New York, NY   🔗 rabbinicalalliance.org
📅 Joined August 2018

**6,949** Following    **6,372** Followers

Followed by Satmar Headquarters and Jerry Goldfeder

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

📌 Pinned Tweet



**Rabbinical Alliance Of America** @Igu... · Aug 2   ⌄
gofundme.com/raa-stands-aga... Please donate please help please open your heart! #donate #help #charity #Blessings #tax #deduction #RAA



💬 1     🔁 9     ♡ 20

|||      ◯      ‹

# EXHIBIT " F "

 Gmail                                         **Joseph Wolhendler <jbw3832@gmail.com>**

---

# Case# 0103521174: Impersonation - KnesesG [ ref:_00DA0K0A8._5004A1aWGsR:ref ]

2 messages

---

**support@twitter.com** <support@twitter.com>                          Mon, Jan 21, 2019 at 2:27 AM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thank you for the information, but we need this report to be sent from the company email address for the brand. Please refile your report from an official organization email address here: https://support.twitter.com/forms.

This will create a new request tied to that address, and we can continue to process your claim via that email address.

Thanks,

Twitter Support

**Help**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1aWGsR:ref

---

**Joseph Wolhendler** <jbw3832@gmail.com>                             Mon, Jan 21, 2019 at 6:12 AM
To: Twitter Support <support@twitter.com>

We dont have an Organizational address.
[Quoted text hidden]

 Gmail

**Joseph Wolhendler <jbw3832@gmail.com>**

---

## Case# 0105028891: Your report about @KnesesG has been received. [ref:00DA0000000K0A8.5004A00001bcdD3:ref]
1 message

---

**Twitter Support** <support@twitter.com>
To: "jbw3832@gmail.com" <jbw3832@gmail.com>

Wed, Feb 6, 2019 at 11:38 AM



Hello,

Thank you for reporting this issue to us. Our goal is to create a safe environment for everyone on Twitter to express themselves freely.

### Tweet ID 1092919095442526208
@JBN Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

### Tweet ID 1092919040975257600
@Yiddish_Niyes Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

### Tweet ID 1092918951368101891
@MikeNytvnews Known Seagate, Brooklyn troublemaker Josh Wolhendler is being investigated in this allegedly Arson case.

### Tweet ID 1087190865494331392
A delegation of our Congregation and friends went to the Ohel of the Holy Lubavitcher Rebbe to pray and ask about the person who is creating a huge Chilul Hashem and is ר״ל shedding innocent blood and intimidating our mispallelim, the Swift answer was at the posuk: עם עקש תתפתל [...]

**Tweet ID 1085357351509651456**
SHOCKING IMAGE of corrupt private SeaGate, Brooklyn Police officers
intimidating with drawn guns a retired decorated @NYPDnews officer who was
doing his job to guard one of our Congregation buildings, we demand that these
corrupt thugs shall be suspended immediately! [...]

We're reviewing your report now. In the meantime, here are some actions you
can take to make your Twitter experience safer:

- Don't respond to this person -- this may encourage this person's behavior.
- Use block, a feature that prevents this person from contacting you or seeing
  your content while logged into Twitter.
- Use mute, a tool that helps you tune out what this person is saying, without
  the person knowing you've muted them.
- If you think you're in immediate danger based on the Tweets you've
  received, we strongly encourage you to contact law enforcement. We're
  here to help you give law enforcement the information they need.

You can learn more about how to stay safe on Twitter by visiting the Twitter
Safety Center.

Thank you again for reporting this issue to us. Reports like this help us identify
issues, making your communities and Twitter better.

Twitter

ref:00DA0000000K0A8.5004A00001bcdD3:ref

Help

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 Gmail

**Joseph Wolhendler <jbw3832@gmail.com>**

## Case# 0105028891: Your report about @KnesesG has been received. [ ref:_00DA0K0A8._5004A1bcdD3:ref ]
1 message

**support@twitter.com** <support@twitter.com>
To: "jbw3832@gmail.com" <jbw3832@gmail.com>

Wed, Feb 6, 2019 at 11:58 AM



Hello,

Thank you for your recent report. We have reviewed your report carefully and found that there was no violation of the Twitter Rules against abusive behavior.

There are a number of factors we take into consideration when deciding whether to take action on content:

**Context matters**

- Some Tweets may seem to be abusive when viewed in isolation, but may not be when viewed in the context of a larger conversation. While we accept reports of violations from anyone, sometimes we also need to hear directly from the target to ensure that we have proper context.
- The number of reports we receive does not impact our assessment of whether something violates the Twitter Rules.

**We focus on behavior**

- In order to ensure that people feel safe expressing diverse opinions and beliefs, we do not tolerate behavior that crosses the line into abuse, including behavior that harasses, intimidates, or uses fear to silence another user's voice.
- Additionally, we enforce policies when someone reports behavior that is abusive and targets an entire protected group and/or individuals who may be members. This targeting can happen in multiple ways (e.g., mentioning someone, tagging someone in a photo, and more).

If, after you filed this original report, this person Tweeted additional content that you believe to be abusive, or if there's additional context you think we need to know regarding this situation, please reply to this email and provide us with further details (including links to any additional Tweets).

In addition to Twitter's efforts to enforce our Terms of Service, we also provide tools to assist users in controlling their Twitter experience.

Thank you again for taking the time to submit your report to us. If you encounter additional content on Twitter that you believe to be abusive, please let us know by filing a new report.

Thanks,

Twitter

**Help**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1bcdD3:ref

 Gmail                                        **Joseph Wolhendler <jbw3832@gmail.com>**

---

## Case# 0122392059: Impersonation - KnesesG
## [ref:00DA0000000K0A8.5004A00001k59pa:ref]
1 message

---

**Twitter Support** <support@twitter.com>                        Sun, Aug 4, 2019 at 1:11 AM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



**IMPORTANT: Your response is required in order for Twitter to continue
investigating the reported account.**

Hello,

We have received your report on the impersonation of someone you represent on
Twitter.

**Our next steps:**
First, we need to confirm that you are authorized to represent this individual.
Below you'll find instructions and a link you can use to upload copies of
documentary proof. Then we'll review and process your report. We can't review
your report until the documentation is received.

**Your next steps:**
In order to confirm that you are authorized to represent this individual, please
review the instructions below and upload the requested documentation. Please
make sure to upload a legible copy so we can review the full name and photo on
the ID. This information will be kept confidential and your documentation will be
deleted.

**Instructions:**
Choose one of the following options, then click on the link below to upload the
requested document(s):

Option 1:

- A copy of the impersonated individual's valid government-issued photo ID (e.g., driver's license, passport).
- If you are claiming impersonation against an account that is not using the individual's legal name, you will need to include documentary evidence that the legal name is connected to the name you are reporting (i.e., proof of registration of the trade name or pseudonym).

Option 2:

- Documentation stating that you have authority to act on the impersonated individual's behalf (e.g., agent's agreement, power of attorney, etc.).
- A copy of your valid government-issued photo ID (e.g., driver's license, passport).
- A copy of your business card.

Upload link: https://twitterinc.secure.force.com/u?e=jbw3832@gmail.com&cn=0122392059

Please note that accounts in compliance with Twitter's parody, commentary, and fan accounts policy (https://help.twitter.com/rules-and-policies/parody-account-policy) are not considered in violation of our impersonation policy (https://help.twitter.com/rules-and-policies/twitter-impersonation-policy).

Thank you,

Twitter

ref:00DA0000000K0A8.5004A00001k59pa:ref

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 Gmail                      **Joseph Wolhendler <jbw3832@gmail.com>**

## We have an update about @KnesesG 0122392059 [ ref:_00DA0K0A8._5004A1k59pa:ref ]

1 message

**support@twitter.com** <support@twitter.com>          Sun, Aug 4, 2019 at 7:29 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thanks for sending us your report. In order for an account to be in violation of the impersonation policy, it must portray another person or business in a misleading or deceptive manner. You can read the full policy on our help center.

We've investigated the account you reported, and have determined that it is not in violation.

We understand this might be a frustrating outcome, but we appreciate your report, and hope you'll let us know about other potential violations in the future.

Please note that any documents you may have uploaded as part of this process will be deleted.

Can you take a minute to rate your experience and complete a short survey?

Overall, how satisfied are you with Twitter's support?



1 = Very Dissatisfied

5 = Very Satisfied

We appreciate your time and feedback.

Thanks,

Twitter

**Help  |  Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1k59pa:ref

 Gmail            **Joseph Wolhendler <jbw3832@gmail.com>**

## We have an update about @KnesesG 0122915249 [ref:00DA0000000K0A8.5004A00001kSVDz:ref]
1 message

**Twitter Support** <support@twitter.com>          Thu, Aug 8, 2019 at 9:45 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thank you for alerting us to this. We understand it can be tough to be in a situation where you have to file a report and we appreciate you for speaking up.

### Reported Tweet

Convicted criminal (see attached NYT article) Joseph (Yossi/Yosh) Wolhendler the known Seagate troublemaker made a video to extort money about Our Seagate Cong. full of lies and distortions, He sold his house and is moving away but leaves destruction,Don't fall for his trap again [...]

### Reported Tweet

@YossieW @TishJames Convicted criminal (see attached NYT article) Joseph (Yossi's/Yoshka) Wolhendler the known Seagate troublemaker made a video to extort money from people of Seagate with lies and distortions, Don't fall for his trap again! [...]

### Reported Tweet

BREAKING: The frivolous Supreme Court lawsuit brought by ex-convict Joseph (Yosh) Wohlhendler (partner of scam artist Meir & Rivka Brickman) against Elected President of Kneses Isreal of Seagate the Hon. Wayne Butler and the rightful board members of Kneses Isreal was DISMISSED! [...]

### Reported Tweet

So the fired Rabbi Brickman with his wife Interloper Rivkah Brickman who tried to steal all of our Congregation's assets ran to #FakeNews reporter @RamirezJeanine from @NY1 with LIES to spread #FakeNews on the matter that's before Supreme Court after Brickman was caught STEALING! [...]

**Reported Tweet**

Can you help us stop the harassment by interloper Rivkah Brikman? @AriBrighton @askbooboo
@JewishSeaGate @SGBC_BROOKLYN @SeaGateChaverim @SeagateNeias
@ChurbenSeagate @MarkTreyger718 @Margaritakagan @SeagateNews @FettmanJoseph
@NYPD60Pct @NYPDBklynSouth @AbeRosenberg1 @YossiGreen

A person on our support team will review this and get in touch with you soon.

Thanks again,

Twitter

ref:00DA0000000K0A8.5004A00001kSVDz:ref

Help | Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 Gmail

Joseph Wolhendler <jbw3832@gmail.com>

# We have an answer about @KnesesG 0122915249 [ ref:_00DA0K0A8._5004A1kSVDz:ref ]

1 message

**Twitter Support** <support@twitter.com>         Fri, Aug 9, 2019 at 10:22 AM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

We're writing to let you know that we didn't find the content you reported to be in violation of our rules. We know this is disappointing to hear, as you had a reason to report in the first place.

We seek to consider context and to see the full picture before deciding whether reported content or accounts violate our rules. Sometimes an isolated comment in a broader conversation—or an opinion which differs extremely from yours, may not cross the line into violation.

We get it. There's a lot online that isn't so nice. Speaking up is important and we value you for that. While this decision isn't what you hoped, please let us know if there's additional context, Tweets, or something we're missing. After all, we're human and far from perfect.

Thanks,

Twitter

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1kSVDz:ref

 Gmail

**Joseph Wolhendler <jbw3832@gmail.com>**

---

## We have an update about @KnesesG 0123134144 [ref:00DA0000000K0A8.5004A00001kV2Xe:ref]

1 message

---

**Twitter Support** <support@twitter.com>　　　　　　　Sat, Aug 10, 2019 at 11:59 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thank you for alerting us to this. We understand it can be tough to be in a situation where you have to file a report and we appreciate you for speaking up.

### Reported Tweet

The people of Seagate are speaking up! After months of Harrasment by "MatchBox" arsonist Joe Wohlhandler and Interloper Brikman against Seagate Residents the pushback in the form of public notice to the community is in all public places in Seagate. [...]

A person on our support team will review this and get in touch with you soon.

Thanks again,

Twitter

ref:00DA0000000K0A8.5004A00001kV2Xe:ref

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 Gmail

Joseph Wolhendler <jbw3832@gmail.com>

## We have an answer about @KnesesG 0123134144 [ ref:_00DA0K0A8._5004A1kV2Xe:ref ]

1 message

**Twitter Support** <support@twitter.com>                                      Sun, Aug 11, 2019 at 9:59 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

We're writing to let you know that we didn't find the content you reported to be in violation of our rules. We know this is disappointing to hear, as you had a reason to report in the first place.

We seek to consider context and to see the full picture before deciding whether reported content or accounts violate our rules. Sometimes an isolated comment in a broader conversation—or an opinion which differs extremely from yours, may not cross the line into violation.

We get it. There's a lot online that isn't so nice. Speaking up is important and we value you for that. While this decision isn't what you hoped, please let us know if there's additional context, Tweets, or something we're missing. After all, we're human and far from perfect.

Thanks,

Twitter

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1kV2Xe:ref

 Gmail

**Joseph Wolhendler <jbw3832@gmail.com>**

## We've got your report about @KnesesG 0123223060 [ref:00DA0000000K0A8.5004A00001kW4AG:ref]
1 message

**Twitter Support** <support@twitter.com>
To: "jbw3832@gmail.com" <jbw3832@gmail.com>

Sun, Aug 11, 2019 at 10:12 PM



Hello,

Thank you for letting us know about this. We know it can be tough to be in a situation where you have to file a report, and we appreciate you for speaking up.

### Reported Tweet

@leibima @IgudOf @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate @Kelly50263 @coneyislandblog @ConeyIslandWow @davidwynn1234 @AlanSCohen2 @FettmanJoseph @SeaGateChaverim @scottmaurer @TzviFettman @cibaby74 @momterrina @mottiseligson @EA29704356 @DavidKrainert @GlantzmanJack @MMouse924 @BethSarafraz @yisroels3 @ManisFriedman @BennysMusic @ChayiesRecipes HELP us save our 100 year old Synagogue from the Scam Artist Meir & Rivkah Brickman who're emptying Accounts [...]

### Reported Tweet

@chabadscv @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate Any reason why the Brickman's are stealing these huge sums from a burned down synagogue that is struggling to survive?? Why are they raising funds to repair the main sanctuary and haven't spent a dime? Only stole every penny for their own pockets?? This is CRIMINAL? [...]

Someone on our support team will take a look and make it a priority to quickly remove any of your private information that's on Twitter. We'll be in touch again soon.

Thanks again,

Twitter

ref:00DA0000000K0A8.5004A00001kW4AG:ref

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 Gmail

**Joseph Wolhendler <jbw3832@gmail.com>**

---

## Case# 0123223060: Your report about @KnesesG has been received. [ ref:_00DA0K0A8._5004A1kW4AG:ref ]
1 message

---

**Twitter Support** <support@twitter.com>
To: "jbw3832@gmail.com" <jbw3832@gmail.com>

Sun, Aug 11, 2019 at 11:11 PM



Hello,

Thank you for letting us know about your issue. We understand that you might come across content on Twitter that you dislike or find offensive. However, after investigating the reported content we found it was not in violation of Twitter's private information policy (https://help.twitter.com/rules-and-policies/personal-information). As a result, it won't be removed at this time.

If something has gone beyond the point of a personal conflict, whether it be online or offline, you should contact your local authorities so they can accurately assess the validity of the issue. It's also a good idea to take screenshots of the offending Tweets if you choose to address this issue with your local law enforcement.

Can you take a minute to rate your experience and complete a short survey?

Overall, how satisfied are you with Twitter's support?



1 = Very Dissatisfied

5 = Very Satisfied

We appreciate your time and feedback.

Thanks,

Twitter

---

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

ref:_00DA0K0A8._5004A1kW4AG:ref

 Gmail                 **Joseph Wolhendler <jbw3832@gmail.com>**

## We've got your report about @KnesesG 0123986314 [ref:00DA0000000K0A8.5004A00001kjzc8:ref]
1 message

---

**Twitter Support <support@twitter.com>**           Mon, Aug 19, 2019 at 1:58 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thank you for letting us know about this. We know it can be tough to be in a situation where you have to file a report, and we appreciate you for speaking up.

### Reported Tweet

@leibima @IgudOf @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate @Kelly50263 @coneyislandblog @ConeyIslandWow @davidwynn1234 @AlanSCohen2 @FettmanJoseph @SeaGateChaverim @scottmaurer @TzviFettman @cibaby74 @momterrina @mottiseligson @EA29704356 @DavidKrainert @GlantzmanJack @MMouse924 @BethSarafraz @yisroels3 @ManisFriedman @BennysMusic @ChayiesRecipes HELP us save our 100 year old Synagogue from the Scam Artist Meir & Rivkah Brickman who're emptying Accounts [...]

### Reported Tweet

@leibima @IgudOf @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate @Kelly50263 @coneyislandblog @ConeyIslandWow @davidwynn1234 @AlanSCohen2 @FettmanJoseph @SeaGateChaverim HELP! More then 1 Million dollar$ has been raised thru campaigns by scammer Meyer Brickman to renovate Seagate Synagogue, Not $1 has been spent! Instead Brickman is stealing!! [...]

### Reported Tweet

@wertsbergercha1 @chabadscv @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate @TishJames @JShabsNYC @brooklynpaper @BrooklynDA

@Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY @AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov The Brickman's are stealing the hard earned money from numerous campaigns to repair our Main sanctuary from the devastating fire, in addition they are diverting donations for our Shul to their private entities, criminals! @jodillene @GailCohen18 @momterrina @MMarsow @ittygancz [...]

## Reported Tweet

@wertsbergercha1 @chabadscv @AriBrighton @MarkTreyger718 @SEichenstein @ChaimDeutsch @SeaGatePD @SGBC_BROOKLYN @TheSeaGateShore @NYPDBklynSouth @NYPD60Pct @JewishSeaGate @TishJames @JShabsNYC @brooklynpaper @BrooklynDA @Ibrahim_Khan @NYJewishWeek @PIX11News @ABC7NY @AbeRosenberg1 @BPEricAdams @bpjcc @JCCGCI @Chabad @HikindDov In addition to stealing all monies raised in campaigns to restore our burned down main Sanctuary the Brickman's tried to steal ALL the assets of our Cong. 3 Buildings in Seagate worth $20MM by filing in court a FALSE merger with his private entity, Read: [...]

## Reported Tweet

More then 1 Million dollar$ has been raised thru several campaigns by scam artists Meyer and Rivka Brickman to renovate our Kneses Israel of Seagate Synagogue after Sandy and after the fire, Not 1 dollar has been spent to renovate! Instead the Brickman's are padding their pockets [...]

Someone on our support team will take a look and make it a priority to quickly remove any of your private information that's on Twitter. We'll be in touch again soon.

Thanks again,

Twitter

ref:00DA0000000K0A8.5004A00001kjzc8:ref

 Gmail

Joseph Wolhendler <jbw3832@gmail.com>

---

## Case# 0123986314: Your report about @KnesesG has been received. [ ref:_00DA0K0A8._5004A1kjzc8:ref ]

4 messages

---

**Twitter Support** <support@twitter.com>
To: "jbw3832@gmail.com" <jbw3832@gmail.com>

Mon, Aug 19, 2019 at 3:04 PM



Hello,

We've reviewed your report and removed the Tweet(s) that broke the Twitter Rules. The Tweet(s) are no longer visible to anybody but the account owner. We're glad you reported it, and we appreciate your help in making Twitter safer.

This account violated our rules for posting private information, and we've let them know. They have the option to follow our instructions and remove the content, and the account can be unlocked.

Please keep in mind that even though we've removed that content from being seen, it may have been copied or had screenshots taken, and could have been posted on other websites. If you see it on Twitter, please report it to us for additional action. And if you see it on other sites, we recommend reaching out to their support team for help.

Your personal safety is what matters the most, and if you feel like you're in danger, we recommend that you contact your local law enforcement.

Once you're safe, the authorities may have some follow-up questions. We have our guidelines available on our Help Center for their reference, and you can follow up with us through this channel as well.

Can you take a minute to rate your experience and complete a short survey?

Overall, how satisfied are you with Twitter's support?



 Gmail                                              Joseph Wolhendler <jbw3832@gmail.com>

## We have an update about @KnesesG 0124244384 [ref:00DA0000000K0A8.5004A00001l49dw:ref]
1 message

**Twitter Support** <support@twitter.com>                          Wed, Aug 21, 2019 at 11:26 PM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>



Hello,

Thanks for letting us know about this. We know it can be difficult to be in a situation where you have to file a report, and we're grateful that you spoke up.

### Reported Tweet

Known Seagate troublemaker Mr. Josh Wolhendler is bullying and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week. [...]

### Reported Tweet

@YossieW @TishJames Convicted criminal (see attached NYT article) Joseph (Yossi's/Yoshka) Wolhendler the known Seagate troublemaker made a video to extort money from people of Seagate with lies and distortions, Don't fall for his trap again! [...]

Someone on our support team will take a look, and then will be in touch with you soon. If you're concerned about your physical safety, we urge you to contact your local law enforcement as soon as you can.

Thanks again,

Twitter

ref:00DA0000000K0A8.5004A00001I49dw:ref

**Help | Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

 **Gmail**                                                      **Joseph Wolhendler <jbw3832@gmail.com>**

## RE: We have an update about @KnesesG 0124244384 [ ref:_00DA0K0A8._5004A1l49dw:ref ]
1 message

**Twitter Support** <support@twitter.com>                                Thu, Aug 22, 2019 at 4:41 AM
To: "jbw3832@gmail.com" <jbw3832@gmail.com>


--------------- Original Message ---------------
**From:** Twitter Support [support@twitter.com]
**Sent:** 8/22/2019 3:26 AM
**To:** jbw3832@gmail.com
**Subject:** We have an update about @KnesesG 0124244384

Hello,

Thanks for letting us know about this. We know it can be difficult to be in a situation where you have to file a report, and we're grateful that you spoke up.


**Reported Tweet**

Known Seagate troublemaker Mr. Josh Wolhendler is bullying and threatening workers of our tenant the Yeshiva UTA of Borough Park who are preparing the building for the winter semester starting next week. [...]

**Reported Tweet**

@YossieW @TishJames Convicted criminal (see attached NYT article) Joseph (Yossi's/Yoshka) Wolhendler the known Seagate troublemaker made a video to extort money from people of Seagate with lies and distortions, Don't fall for his trap again! [...]


Someone on our support team will take a look, and then will be in touch with you soon. If you're concerned about your physical safety, we urge you to contact your local law enforcement as soon as you can.

Thanks again,

Twitter


ref:_00DA0K0A8._5004A1l49dw:ref