

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

October 7, 2019

Jeffrey D. Vanacore
JVanacore@perkinscoie.com
D. +1.212.262.6912
F. +1.212.977.1642

VIA ECF FILING

Magistrate Judge Cheryl L. Pollak
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Brikman, et al. v. Twitter, Inc., et al.*, Case No. CV-19-5143-WFK-CLP

Dear Judge Pollak:

This firm represents Twitter, Inc. ("Twitter") in the above-referenced case.

Twitter's deadline to file a responsive pleading is October 9, 2019.  In anticipation of filing a motion to dismiss, Twitter reached out to the Plaintiffs regarding potential pre-motion resolution of the case.  The parties engaged in good-faith discussions and believe that additional discussions regarding resolution of the case would be productive.

Therefore, Twitter, joined by the Plaintiffs (who have reviewed and approved this letter), respectfully request the Court "so-order" this letter extending Twitter's time to file a responsive pleading to October 24, 2019.

Respectfully submitted,

*/s/ Jeffrey D. Vanacore*
Jeffrey D. Vanacore

cc:

Plaintiffs Mayer Brikman, Rivkah Brikman and Joseph Wolhendler (via email)
Julie Schwartz, Esq. and Natasha Amlani, Esq., Counsel to Twitter (via email)

145910429.2
Perkins Coie LLP