UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYER CHAIM BRIKMAN (RABBI), RIVKAH BRIKMAN, JOSEPH B. WOLHENDLER, <br><br> Plaintiffs, <br><br> -against- <br><br> TWITTER, INC., YEHOSHUA S. HECHT, <br><br> Defendants. | Case No. 1:19-cv-05143-WFK-CLP <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

  Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Eastern and Southern Districts of New York, Julie E. Schwartz hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Twitter, Inc. in the above-captioned action.

  I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

Dated: Palo Alto, California
October 23, 2019

Respectfully submitted,

Applicant Signature: /s/ Julie E. Schwartz

Applicant's Name: Julie E. Schwartz

Firm Name: Perkins Coie LLP

Address: 3150 Porter Drive

City/State/Zip: Palo Alto, CA 94304-1212

Telephone/Fax: (650) 838-4300 / (650) 838-4350

Email: JSchwartz@perkinscoie.com