UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MAYER CHAIM BRIKMAN (RABBI), RIVKAH BRIKMAN, JOSEPH B. WOLHENDLER,

    Plaintiffs,

-against-

TWITTER, INC., YEHOSHUA S. HECHT,

    Defendants.

Case No. 1:19-cv-05143-WFK-CLP

**AFFIDAVIT OF JULIE E. SCHWARTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Julie E. Schwartz, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Perkins Coie LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Twitter, Inc.

Dated: Palo Alto, California
October 23, 2019

Respectfully submitted,

PERKINS COIE LLP

_____
Julie E. Schwartz
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel.: (650) 838-4300
Fax: (650) 838-4350
JSchwartz@perkinscoie.com

*Attorneys for Twitter, Inc.*

Sworn to before me this
23rd day of October, 2019

_____
Notary Public