PERKINS COIE

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

February 7, 2020

Jeffrey D. Vanacore  
JVanacore@perkinscoie.com  
D. +1.212.262.6912  
F. +1.212.977.1642

**VIA ECF AND FEDEX OVERNIGHT MAIL**

The Honorable Rachel P. Kovner  
United States District Court for the  
Eastern District of New York  
225 Cadman Plaza East, Courtroom 4E-N  
Brooklyn, New York 11201

**Re:** *Brikman, et al. v. Twitter, Inc.*, **et al., Case No. 19-cv-5143-WFK-CLP**

Dear Judge Kovner:

Our firm represents Defendant Twitter, Inc. ('Twitter") in the above-captioned case. In accordance with the Court's Chambers Practices, and the briefing schedule set by the pre-motion order filed on October 30, 2019 (D.I. 15), Twitter has served the following documents on Plaintiffs Rabbi Mayer Chaim Brikman, Rivkah Brikman, Joseph B. Wolhendler, and Yehoshua S. Hecht (collectively "Plaintiffs"), which will be filed in this Court today:

- Defendant Twitter's Notice of Motion to Dismiss the Complaint (served on December 6, 2019); and

- Defendant Twitter's Memorandum of Law in Support of its Motion to Dismiss the Complaint (served on December 6, 2019); and

- Defendant Twitter's Proposed Order Granting its Motion to Dismiss the Complaint (served on December 6, 2019); and

- Plaintiffs' Memorandum in Opposition to Twitter's Motion to Dismiss (served upon Twitter on January 17, 2020); and

- Defendant Twitter's Reply in Support of its Motion to Dismiss the Complaint (served on February 7, 2020).

Please be advised that Twitter has submitted two courtesy copies of the papers listed above via Federal Express Overnight mail.

Respectfully submitted,

*/s/ Jeffrey D. Vanacore*
Jeffrey D. Vanacore
Julie E. Schwartz (*admitted pro hac vice*)


cc:	Rabbi Mayer Chaim Brikman
	Rivkah Brikman
	Joseph B. Wolhendler
	Leslie Perex-Bennie (*counsel for Yehoshua S. Hecht*)

	(via ECF, Federal Express and Email)