UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYER CHAIM BRIKMAN (RABBI), RIVKAH BRIKMAN, JOSEPH B. WOLHENDLER, <br><br> Plaintiffs, <br><br> -against- <br><br> TWITTER, INC., YEHOSHUA S. HECHT, <br><br> Defendants. | Case No. 1:19-cv-05143-WFK-CLP <br><br> ORAL ARGUMENT REQUESTED <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Defendant Twitter, Inc., will move this Court at the United States Courthouse for the Eastern District of New York, 255 Camden Plaza East, Brooklyn, New York 11201, Courtroom 6H North, before the Honorable William F. Kuntz, United States District Judge for an Order Dismissing Plaintiffs' Complaint and such other and further relief as requested and as the Court deems just and proper in the above-captioned case, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York.
December 6, 2019

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Jeffrey D. Vanacore*
    Jeffrey D. Vanacore
    1155 Avenue of Americas, 22nd Floor
    New York, NY 10036-2711
    Tel.: (212) 262-6900
    Fax: (212) 977-1649
    jvanacore@perkinscoie.com

    Julie E. Schwartz, Esq.
    *Admitted Pro Hac Vice*
    3150 Porter Drive
    Palo Alto, CA 93404
    Tel: (650) 838-4490
    Fax: (650) 838-4690
    jschwartz@perkinscoie.com

    *Attorneys for Defendant Twitter, Inc.*